# EXHIBIT 1

| 1 | FWM Laboratories INC.

4961 Leeward Lane Fort Lauderdale, FL 33312

**Alt. Address** 3007 Greene Street Hollywood Florida 33019

**Alt. Address** 2040 NE 163 St., #305 North Miami Beach, FL 33162 | Maximum ResV | www.Doctorozresv.com |
|---|---|---|---|
| | | ACAI X3 | www.drozrecommended.org |
| | | Acai Berry Detox | www.drozrecommended.com |
| | | Resveratrol Ultra | https://www.securecartcenter.com/NjA5N3wyMiYzfDI4OTrzM3x2Mg==/v3dsm4b9/g |
| | | RezMelts | http://aol.doctorozresv.com |
| | | Colon Max | www.Doctorozresv.com |
| | | Resvie | www.news3news.com |
| | | | www.healthnews7.com |
| | | | www.The-resv-warning.com |
| | | | http://www.acaielite.com |
| | | | www.Dr-oz-coloncleanse.com |
| | | | http://webmdacaireview.com |
| | | | www.theacaistudy.com |
| | | | http://drozacaidiet.com |
| | | | www.resveratrolpanel.com |
| | | | www.acaipowerfruit.com |
| | | | www.acaiberryfiber.com |
| | | | www.Acaiberrybox.com |
| | | | www.Acai-secrets-unmasked.com |
| | | | www.oprahsdietworks.com |
| | | | www.oprahsecretrevealed.com |
| | | | www.oprahsexclusivediet.com |
| | | | www.oprahspecialdiet.com |
| | | | www.oprahsspecialdiet.com |
| | | | www.oprahdietsecret.com |
| | | | www.oprahdietsecrets.com |
| | | | www.oprahsnewdiet.com |
| | | | www.oprahsmiraclediet.com |
| | | | www.oprahsfavoritediet.com |
| | | | www.oprahdietrevealed.com |
| | | | www.oprahsacaidiet.com |
| | | | www.oprahssecretdiet.com |
| | | | www.oprahdiettrial.com |
| | | | www.oprahsuperdiet.com |
| | | | www.oprahseasydiet.com |
| | | | www.oprahsbestdiet.com |
| | | | www.oprahfreediet.com |
| | | | www.oprahsecretdiet.com |
| | | | www.acaiberryrating.com |
| | | | http://dr-oz-acai-berry-alert.com |
| | | | www.Acai-berry-diet.us |
| | | | www.Acaiburn.org |
| | | | www.2009drozdiet.com |
| | | | www.kellysdietdiary.com |
| | | | www.acaiberrydetox.com |
| | | | www.Acaiberrystudy.net |
| | | | www.fruitweightloss.com |
| | | | www.acaiburnacaiburn.net |

| FWM Laboratories INC. (cont.) | | www.bestacaireviewed.com |
|---|---|---|
| | | www.bestcelebdiet.com |
| | | www.goforbeauty.com |
| | | http://www.acai-berry-caution.com |
| | | www.Marjoriesweightloss.com |
| | | www.Acai-advance.net |
| | | www.Acaiberrystory.org |
| | | www.Acaiexposed.net |
| | | www.Celebritydietoftheyear.com |
| | | www.Jessicascellulitestory.com |
| | | www.Ozresvtrial.com |
| | | www.Ozresvtrial.com |
| | | http://dr.ozreviewsite.com |
| | | www.drozadvice.com |
| | | www.Droz-resveratrol-alert.net |
| | | www.Doctorozresv.com |
| | | www.dr-oz-suggests.com |
| | | www.Dr-oz-resveratrol-alerts.com |
| | | http://oz-resveratrol-alert.com |
| | | www.dr.ozreviewsite.com |
| | | www.ozresvtrial.com |
| | | www.drozrecommended.org |
| | | www.drozrecommended.com |
| | | www.resveratrolreviewboards.com |
| | | www.allresveratrol.com |
| | | www.cynthiasdiet.com |
| | | www.resveratrolultra.com |
| | | www.Whatisresveratrol.com |
| | | www.agingeffectsreversed.com |
| | | www.resveratrolwinepills.com |
| | | www.drozstretchmarksolutions.com |
| | | www.amyscellulite.com |
| | | www.resveratrolpanel.com |
| | | www.Drozantiaging.com |
| | | www.Dr-oz-resveratrolalert.com |
| | | http://aol.doctorozresv.com |
| | | www.Allresveratrol.com |
| | | www.Doctorozresv.com |
| | | www.Official-resveratrol.com |
| | | www.Resveratrolwarnings.info |
| | | www.Oprah-show-on-resveratrol.com |
| | | www.allresveratrol.com |
| | | www.resveratrol-reviewed.com |
| | | www.resveratrolreviews.org |
| | | www.freetrial-resveratrol.com |
| | | http://www.resveratrol-study.com |
| | | www.resveratroltrial.net |
| | | www.resveratrol-truth.com |
| | | www.resv-anti-aging.com |
| | | http://dr.oz.resveratrol-truth.net |

| | | | |
|---|---|---|---|
| | **FWM Laboratories INC.** (cont.) | | http://www.top3-resv.com/resveratrol.php |
| | | | www.resveratrolcenter.com |
| | | | www.resveratrolfact.com |
| | | | http://www.resveratrol24.com |
| | | | http://www.resveratroltop3.com |
| | | | http://hubpages.com/hub/Dr-Oz-Resveratrol-Ultra |
| | | | www.healthnews7.com |
| | | | www.Dietproductsguide.com |
| | | | www.Ourresveratrolreviews.com |
| | | | www.Theresveratrolreviews.com |
| | | | www.The-resv-warning.com |
| | | | www.Debrasdiet.com |
| | | | www.Free-resveratrol-trials.com |
| | | | www.Resveratrolcomparetoday.com |
| | | | www.Rezv.org |
| | | | www.Rezveratrolreviews.com |
| | | | www.Top3resveratrolreviewers.com |
| | | | www.The-resv-warning.com |
| | | | www.Free-resveratrol-trials.com |
| | | | www.Rezveratrolreviews.com |
| | | | www.healthyandenergy.com/resveratrol |
| | | | www.Resveratrol-advice.com |
| | | | www.Rezv-free.com |
| | | | www.Reseveratrol.org |
| | | | www.Topresv.com |

Confidential

| 2 | Netalab Inc. | Pure ResV Pro | www.resveratrolauthority.com |
|---|---|---|---|
| | | South Beach Java | http://dr.ozreviewsite.com |
| | | Acai Energy | www.drozadvice.com |
| | REGISTERED AGENT: | RezV Advance | www.resveratrolreviews.org |
| | Craig Stein Clyne & | | www.Dr-ozresveratrol.com |
| | Associates, P.A. | | www.ozresvtrial.com |
| | 814 Ponce De Leon | | www.resveratrolreviewboards.com |
| | Boulevard, #210 | | http://www.beachjavanow.com/ |
| | Coral Gables, Florida | | |
| | 33134 | | |
| | | | |
| | Alt. Address | | |
| | 940 Lincoln Road, | | |
| | Suite 215 | | |
| | Miami Beach, FL | | |
| | 33139 | | |
| | | | |
| | Alt. Address | | |
| | 500 South Pointe | | |
| | Drive | | |
| | Suite 230 | | |
| | Miami Beach, FL | | |
| | 33139 | | |

| Row | Company | Product | Website(s) |
|---|---|---|---|
| 3 | **Gillmap Limited** a/k/a **Natures Perfection** 600 Army Post road Distribution Des Moines, Iowa 50321 Alt. Address 4977 Fairview Avenue  Boise, ID 83706 | ACAI BURN Pure ResV Colon Revitalize | www.acaiberrybase.com www.Acaiberryweightlossreports.com www.Drozdietworks.com www.Theacaiberryreports.net www.Acaiburn.org www.drozacai.com www.acai-berry-diet-review.info www.detoxacaiburn.com www.Dr-oz-resveratrol-alert.com www.Oprah-acai-berry.com www.acaiburn.com www.drozacaiberryreview.com www.oprahsdietblog.com www.Lyndasdietsuccess.com www.Acaiberrybox.com www.Acai-secrets-unmasked.com www.The-acaiberry-diet.com www.Acaiberrystory.org www.Acaiberrytruth.org www.Acaielite.net www.acai-berrywarning.com www.dr-oz-resv.net www.dr-oz-resveratrol-alert.net www.drozsuperdiet.com www.Resveratrol-digest.com www.Dr-oz-resveratrol-alert.com www.resveratrol-information.net www.resveratrolauthority.com www.doctorozdiet.net www.freetrialrezv.com http://www.resveratrol24.com www.oprahsdietplan.com www.colonrevitalize.com |

| 4 | MiniRED UAB<br><br>Sunroad Corporate Center 4445 Eastgate Mall, 2nd Floor San Diego, CA 92121 | Acai Ultimate | www.Acaiberryweightlossreports.com |
|---|---|---|---|
| | | Power Colon Cleanse | www.acaiberry.weightlossformulas.org |
| | | Vital RezV | www.Acaiberryguides.info |
| | | | www.freetrial-acai-ultimate.com |
| | | | www.oprahsacaiberrydiet.com |
| | | | www.freepowercleanse.com |
| | | | www.oprahhealthoffers.com |
| | | | www.powercolorcleansetrial.com |
| | | | www.topnewreviews.com/acai-s |
| | | | www.powercolorcleansetrial.com |
| | | | www.Gabbysweightloss.com |
| | | | www.Ozresvtrial.com |
| | | | www.Oprahresveratrol.blogspot.com |
| | | | www.dr.ozreviewsite.com |
| | | | www.drozanti-aging.com |
| | | | www.Resvreviewer.com |
| | | | www.Resveratrol60.com |
| | | | www.Resveratrol-digest.com |
| | | | www.Recommendsit.com |
| | | | www.Rapidantiaging.com |
| | | | www.Resvreviewed.com |
| | | | www.trustedrezv.com |
| | | | www.resveratrol-information.net |
| | | | www.resvguide.com |
| | | | www.vitalresveratrol-100mg-forfree.com |
| | | | www.resveratrol100mg-free.com |
| | | | www.resveratrolwarning.com |
| | | | www.Free-body-makeover.com |

| 5 | Nutra Lane LLC a/k/a GNS Global LLC REGISTERED AGENT: Nevada Corporate Division, Inc. 3027 E Sunset Road, Suite 201 Las Vegas, Nevada 89120 Alt. Address 871 Coronado Center Dr. #500 Henderson, NV 89052 Alt. Address 6452 FIG STREET SUITE A Arvada, CO 80007 | Acai Berry Elite | http://gns-online.com/acai/ae25/index.asp |
|---|---|---|---|
| | | ACAI EDGE | www.Wendylostweight.com |
| | | Res Ver XP | www.Acai-elite-berry.com |
| | | ResV | www.acaiberry-oprah.com |
| | | | www.acai-berry-tests.com |
| | | | www.drozacai.com |
| | | | www.acai-berry-diet-review.info |
| | | | www.resveratrolpanel.com |
| | | | www.top3-resv.com |
| | | | http://dr.ozreviewsite.com |
| | | | www.drozadvice.com |
| | | | www.droz-resv-free.com |
| | | | http://oz-resveratrol-alert.com |
| | | | www.healthyandenergy.com/resveratrol |
| | | | www.drozadvice.com |
| | | | www.red-v.com |
| | | | www.allresveratrol.com |
| | | | www.resveratrolreviews.org |
| | | | www.Freetrialresveratrol.com |
| | | | www.resveratrol-rx.net |
| | | | www.Wrinklesuccess.com |
| | | | www.Jackysdietblog.com |

Confidential

| Rank | Supplier | Products | Websites |
|------|----------|----------|----------|
| 6 | **Central Coast Nutraceuticals Inc.** a/k/a **CCN Inc.**<br><br>2375 East Camelback Rd. 5th Floor, Phoenix, AZ 85001 | Acai Pure<br>Acai Power Blast<br>Acai Blast | www.acaiberry-oprah.com<br>www.acaipure-trialoffer.com<br>http://free-body-makeover.com/weight-loss<br>www.acaiberriesdiet.com<br>www.fruitsweightloss.com<br>www.Drozdiet-acaiberry.com<br>www.Acai-Pure.com<br>www.oprahsdietblog.com<br>www.momsdietswork.com<br>www.acaipure-trialoffer.com<br>www.Acai-advance.net<br>www.Acaiberriesdiet.com<br>www.Acaiberryweightlossreports.com<br>www.Theacaiberryreports.net<br>www.Acai-power-blast.com<br>www.Acaiberrystory.org<br>www.oprahsacaiberrydiet.com<br>www.acaiberryfiber.com<br>www.Acaiberrybox.com<br>www.Tinalostweight.com |

| Rank | Supplier | Product | Affiliate/Websites |
|---|---|---|---|
| 7 | **Pure Nutrients**<br><br>273 Walt Whitman RD Suite 274, Huntington Station, NY 11746. | Natural Cleanse | www.oprahsdietplan.com |
| | | | www.oprahshowdiet.com |
| | | | www.oprahsexclusivediet.com |
| | | | www.oprahspecialdiet.com |
| | | | www.oprahsnewdiet.com |
| | | | www.oprahsmiraclediet.com |
| | | | www.oprahdiettrial.com |
| | | | www.oprahsuperdiet.com |
| | | | www.oprahseasydiet.com |
| | | | www.oprahsbestdiet.com |
| | | | www.oprahfreediet.com |
| | | | www.oprahsecretdiet.com |
| | | | www.dr-oz-acai-berry-alert.com |
| | | | http://wwwcoloncleansereviews.com |
| | | | http://dr-oz-acai-berry-alert.com |
| | | | www.drozdietrevealed.com |
| | | | www.drozeasydiet.com |
| | | | www.2009drozdiet.com |
| | | | www.Acaiberryguides.info |
| | | | www.thenaturesecret.net |
| | | | www.officialcleansereview.com |
| | | | www.Topcolondiets.com |
| | | | www.Celebritydietoftheyear.com |

| Rank | Supplier | Product | Affiliate/Websites |
|---|---|---|---|
| 8 | **B67 Nutra Pure Systems**<br>a/k/a<br>**96R Pure Nature Products**<br>a/k/a<br>**P67 Wie Natural Products LLC**<br><br>REGISTERED AGENT:<br>Registered Agent Solutions, Inc.<br>32 W. Loockermann Street, Suite 201 Dover, Delaware 19904 | ResV Pure | www.Oz-loves-resveratrol.com |
| | | | www.OzResveratrolTrials.com |
| | | | http://drosresveratrol.com |
| | | | www.Theozresveratrol.com |
| | | | www.resveratrol-advisor.com/dr-oz |
| | | | www.the-resveratrol-reviews.com |
| | | | www.drozadvice.com |
| | | | www.Resveratrol-advice.com |
| | | | www.Rezv.org |
| | | | www.resvpure.com |
| | | | www.resveratroltrial.net |
| | | | www.resvguide.com |
| | | | www.news3news.com |
| | | | www.healthnews7.com |
| | | | www.Ourresveratrolreviews.com |
| | | | www.Reseveratrol.org |
| | | | www.Theresveratrolreviews.com |
| | | | www.Topresv.com |
| | | | www.Rezv.org |
| | | | www.Top3resveratrolreviewers.com |

| Rank | Supplier | Products | Affiliate Websites (non-exhaustive list) |
|---|---|---|---|
| 9 | **SFL Nutrition, LLC**<br><br>REGISTERED AGENT:<br>Mark B. Goldstein, P.A.<br>2700 N. Military Trail, Suite 130<br>Boca Raton, Florida 33431<br><br>Alt. Address<br>123 NW 13th Street, Suite 212<br>Boca Raton, FL 33432 | Acai Berry Supreme<br>Total Cleanse<br>Colon xR / Colon rx | www.Drozdietsavedmylife.com<br>www.Acaiberriesdiet.com<br>www.helenshealthblog.com<br>www.acaiberrysupreme.com<br>www.acaiberryreports.com<br>www.Acaiberryweightlossreviews.com<br>www.acaiberry-results.com<br>www.Acai-free.info<br>www.Acai-free.info<br>www.sflnutrition.com<br>www.total-cleanse.com<br>www.oprahsfavorite.com<br>http://acaiedgescam.com<br>www.Coloncleansereport.net<br>www.Topcolondiets.com<br>www.drozmiraclediet.com<br>www.Acaiberriesdiet.com |

| Item | Supplier | Products | Affiliate Websites (non-exhaustive list) |
|---|---|---|---|
| 10 | **Acai Berry Breeze**<br><br>3370 N. Hayden Rd.<br>Ste. 123-180<br>Scottsdale, AZ 85251 | Acai Berry Breeze<br>UltraSlim XS | www.Drozdiet-acaiberry.com<br>www.katiesweightlossdiary.com<br>www.weight-loss-warning.com<br>www.acaiberry-weightlossreviews.com<br>www.dr-oz-acai-berry-alert.com<br>www.dr-oz-acai-ratings.com<br>http://www.acai-berry-tests.com<br>www.acaiberrybreeze.com<br>http://acaiberriestrial.com<br>http://webmdacaireview.com/a1/index.php?t202id=8279&t202kw=acai<br>www.acaiberrydetox.com<br>www.bestacaireviewed.com<br>www.bestcelebdiet.com<br>www.acai-study.com<br>www.acaiberryrating.com<br>www.Theacai-diet.com<br>www.Acaihollywood.com |

| 11 | Life Fit Labs LLC<br><br>1101 High View Drive Webberville, MI 48892 | Colon Cleanse | www.Drozadvice.com |
|----|----|----|----|
| | | Colon cleanse Pro | www.oprahsacaiberrydiet.com |
| | | Probiotic Complete | www.freepowercleanse.com |
| | | Goji Trim Pro | www.drozdietmiracle.com |
| | | | www.drozdietsecrets.com |
| | | | www.oprahs-best-colon.com |
| | | | www.ultimatecoloncleanse.net |
| | | | www.oprahhealthoffers.com |
| | | | www.coloncleanse-elite.com |
| | | | www.smiley-1.com/foryou/colon-cleanse |
| | | | http://free-body-makeover.com/weight-loss |
| | | | www.Colon-cleansepro.com |
| | | | www.Ultimatecoloncleanse.com |
| | | | www.Drozdietworks.com |
| | | | www.oprahsdietadvice.com |
| | | | www.fruitsweightloss.com |
| | | | www.powercolorcleansetrial.com |
| | | | www.Resvreviewed.com |
| | | | www.Getcoloncleansepro.com |
| | | | www.katiesweightlossdiary.com |
| | | | www.topnewreviews.com/acai-s |
| | | | www.powercolorcleansetrial.com |
| | | | www.Lyndasdietsuccess.com |
| | | | www.Acaiberrystudy.net |
| | | | www.goforbeauty.com |
| | | | www.dietways.com |
| | | | www.Gabbysweightloss.com |
| | | | www.Acaiberriesdiet.com |
| | | | www.Acaitesters.com |

| Rank | Supplier | Products | Affiliate Websites |
|------|----------|----------|--------------------|
| 12 | Rejuvenate Worldwide<br><br>3634 Long Prairie Rd. Suite 108-113 Flower Mound, TX 75022 | Certified Resveratrol | www.the-resveratrol-reviews.com |
| | | Colon Pro Cleanse | www.try-acai-berry-now.com |
| | | Miracle Resveratrol | http://www.resveratrol-study.com |
| | | | www.resveratrolcenter.com |
| | | | www.Jessicascellulitestory.com |
| | | | www.Top3resveratrolreviewers.com |
| | | | www.coloncleanseguidetoday.com |
| | | | www.Colonprocleanse.com |
| | | | www.the-resveratrol-reviews.com |
| | | | www.Resveratrolwarnings.info |
| | | | www.resveratrolsupplementreview.com |
| | | | www.az2.mostresveratrol.com |
| | | | www.coloncleanseguidetoday.com |
| | | | www.the-resveratrol-reviews.com |
| | | | http://az2.mostresveratrol.com |
| | | | www.Resveratrolwarnings.info |
| | | | www.resveratrolsupplementreview.com |

| Rank | Supplier | Products | Affiliate Websites (including various web pages) |
|------|----------|----------|--------------------|
| 13 | HealthBuy.com a/k/a<br>Heath Buy Ltd<br><br>350 N. Glenoaks Boulevard Suite 305 Burbank, California 91502 | Acai Berry Select | www.oprahsfatloss.com |
| | | Resveratrol Select | www.Acai-free.info |
| | | | www.Acai-free.info |
| | | | www.Resvratings.com |
| | | | www.Aboutresveratrol.com |
| | | | www.Top3resveratrolreviewers.com |
| | | | www.Resveratrolselect.com |

| Rank | Supplier | Product | Affiliate Websites/Unauthorized URLs |
|------|----------|---------|--------------------------------------|
| 14 | **3V Marketing LLC**<br><br>REGISTERED AGENT:<br>James F. Keenan<br>P.O. Box 9729<br>Portland, Maine 04104<br><br>Alt. Address<br>100 Middle Street, West Tower<br>Portland, Maine 04101<br><br>Alt. Address<br>482 Congress Street<br>Portland, Maine 04101 | Acai Advanced<br>Acai Advance | www.Free-body-makeover.com<br>www.Acaiburn.org<br>www.topnewreviews.com<br>www.Acaiberry-dietreviews.com<br>www.acai-berry-caution.com<br>www.The-acaiberry-diet.com<br>www.Acai-advance.net<br>www.Acaiexposed.net<br>www.acai-berry-tests.com<br>www.doctorozdiet.net<br>http://acaiberriestrial.com |

| Rank | Supplier | Product | Affiliate Websites/Unauthorized URLs |
|------|----------|---------|--------------------------------------|
| 15 | **Physical Enhancement Labs**<br><br>1025 SW 59th Street<br>Oklahoma City, OK 73109<br><br>Alt. Address<br>6409 S, Western<br>Oklahoma City, OK 73139 | Acai Berry Blast<br>Acai Blast | www.Ozdietnow.com<br>www.acaiblast4free.com<br>www.Acaiberryblastfree.com<br>www.Acaiberryguides.info<br>www.acaiberry.weightlossformulas.org<br>www.acairatings.com<br>www.oprahsacaiberrydiet.com<br>www.acaiberryfiber.com<br>www.Acaiberrybox.com<br>www.Tinalostweight.com |

| Retailer/Point | Product | Website(s) |
|---|---|---|
| 16 | **MyColonRelief**<br><br>1210 S. Brand Blvd.<br>Glendale CA 91204 | My Colon Relief | www.oprahsdietworks.com<br>www.oprahsecretrevealed.com<br>www.oprahsspecialdiet.com<br>www.oprahdietsecret.com<br>www.oprahdietsecrets.com<br>www.oprahsfavoritediet.com<br>www.oprahdietrevealed.com<br>www.oprahsacaidiet.com<br>www.oprahssecretdiet.com |

| Retailer/Point | Product | Website(s) |
|---|---|---|
| 17 | **XM Labs**<br>**a/k/a**<br>**RX Labs**<br><br>REGISTERED AGENT:<br>XM Brands Inc.<br>3609 North 29th<br>Avenue<br>Hollywood, Florida<br>33020 | Acai Flush<br>ResV Ultra | http://www.lynnsweightlossstory.com<br>www.dietways.com<br>www.acaiberryfiber.com<br>http://www.Acai-flush.com<br>http://www.Drozadvice.com<br>www.Drozhealth.com<br>www.Theacaiberryreports.net |

| | Seller | Products | Websites |
|---|---|---|---|
| 18 | Rauscher Bekke LLC a/k/a ResVLife, LLC a/k/a ResVLife, INC<br><br>REGISTERED AGENT: Blumbergexcelsior Corporate Services, Inc. 515 East Park Avenue Tallahassee, Florida 32301<br><br>Alt. Address or 407 Lincoln Road, Suite 11C Miami Beach, Florida 33137<br><br>Alt. Address 12399 Belcher Road South Largo, Florida 33773<br><br>Alt. Address 1500 Ocean Drive Miami Beach, Florida 33139 | Dermapril<br>Dermapril-SP<br>ResV Life | www.Oz-loves-resveratrol.com<br>www.Theozresveratrol.com<br>www.dr.ozreviewsite.com<br>www.Antiagereport.com<br>http://aol.doctorozresv.com<br>www.Doctorozresv.com<br>www.wrinklestreatmentwarning.com<br>www.Wrinklesuccess.com<br>www.news13direct.com<br>www.Acaidietstudy.net |

| Rank | Supplier | Product | Compare Websites for Upsell Cards |
|---|---|---|---|
| 19 | Body Solution<br><br>20828 Lassen St<br>Chatsworth, CA<br>91311 | Body Solution<br>Striation | www.cynthiasdiet.com<br>www.celluliteallgone.com<br>www.try-acai-berry-now.com<br>www.forgetcellulite.com<br>www.cellulitetreatmentwarning.com<br>https://cart.voicegenx.com/0664/novacart.pl?c<br>ommand=clear_set&sku=HDMS3P15X&qty=1&<br>merchant_id=186&storefront=bodysolution&pa<br>yment_method_ref=108&view=step1&leadid=j<br>armedia_BS&subid=43443&hid<br>www.resveratrol-reviewed.com |

| Rank | Supplier | Product | Compare Websites for Upsell Cards |
|---|---|---|---|
| 20 | 456 Vital Health<br>Systems , LLC<br>a/k/a<br>FCM Performance<br>Health USA<br>a/k/a<br>AEG Partners LTD.<br><br>654 North 800 East,<br>#501<br>Spanish Fork, Utah<br>84660<br><br>Alt. Address<br>78 West 560 South<br>Orem, UT 84058 | ResV Pro | http://dr.ozreviewsite.com<br>www.drozadvice.com<br>www.resveratrol-reviewed.com<br>www.resveratrolreviews.org<br>www.review-skin-care.com<br>www.review-skin-care.com<br>www.resveratrolcenter.com<br>http://resvpro.com |

| Rank | Supplier | Products | Affiliate Sites or related Programs |
|---|---|---|---|
| 21 | **JDW Media LLC**<br><br>**REGISTERED AGENT:**<br>Rob Harris<br>1000 Riverwalk Drive<br>Idaho Falls, Idaho<br>83402<br><br>Alt. Address<br>2184 Channing Way,<br>#322<br>Idaho Falls, Idaho<br>83404 | Pure Cleanse<br>Acai Ultra Burn | www.oprahsdietplan.com<br>www.doctorozdieta.com<br>www.dr-oz-colon-cleanse.net<br>www.dr-oz-colon-cleanse.net<br>www.coloncleansereviews.com<br>www.Healthy-diet-program.com<br>www.drozdietmiracle.com<br>www.Ozdietnow.com |

| Rank | Supplier | Products | Affiliate Sites or related Programs |
|---|---|---|---|
| 22 | **Pure Vitamins**<br><br>273 Walt Whitman RD<br>Suite 274,<br>Huntington Station,<br>NY 11746.<br><br>Alt. Address<br>3280 Suntree Blvd<br>Suite 101<br>Melbourne, FL 32940 | Phosphacore<br>Eternal RezV | www.appliednutritionalresearch.com<br>www.Antiagereport.com<br>www.Acaidietstudy.net<br>www.everlastingrezv.com |

| Rank | Supplier | Products | Affiliate Sites or related Programs |
|---|---|---|---|
| 23 | **XLENT Health**<br><br>3005 South Street<br>East Troy, WI 53120 | Res-V<br>Energai | www.energai.com |

| Rank | Supplier | Product | Affiliate Website/Contact Information |
|------|----------|---------|--------------------------------------|
| 24 | **Organica Research LLC**<br><br>11701 East 53rd Avenue<br>Denver, CO 80239 | Ultimate Colon Cleanse | www.ultimatecoloncleanse.net<br><br>www.smiley-1.com/foryou/colon-cleanse<br>www.Ultimatecoloncleanse.com |

| Rank | Supplier | Product | Affiliate Website/Contact Information |
|------|----------|---------|--------------------------------------|
| 25 | **Incline Health Ltd.**<br><br>6841 Virginia Parkway, Ste 103 #218<br>McKinney, TX 75071 | ResV Daily<br>Acai Fuel Extreme<br>Acai Fuel Cleanse | www.Rezv.org<br>www.Juliaswrinkles.com<br>www.What-is-resveratrol.com<br>www.Rezv.org<br>www.Resvdaily.com |

| Rank | Supplier | Product | Affiliate Website/Contact Information |
|------|----------|---------|--------------------------------------|
| 26 | **Health Technology**<br><br>5300 Ontario Mills Pkwy<br>Ontario, CA. 91764 | Acai Away<br>Youth ResV | www.acaiaway.com<br>www.Acaihollywood.com<br>www.drozacai.com<br>www.Acaitesters.com<br>www.drozstretchmarkcure.com |

| Rank | Supplier | Products | Affiliate Websites (advertising products) |
|---|---|---|---|
| 27 | **Natural Source Store, LLC**<br><br>REGISTERED AGENT:<br>Spiegel & Utrera, P.A.<br>1840 SW 22nd Street,<br>4th Floor<br>Miami, Florida 33145<br><br>Alt. Address<br>4051 SW 47th<br>Avenue, Suite 101-102<br>Davie, Florida 33314<br><br>Alt. Address<br>6565 Taft Street, #204<br>Hollywood, Florida 33024 | Cosmetyn | www.drozstretchmarkcure.com<br>www.cellulitetreatmentwarning.com<br>http://secure1.healthierwaytogo.com/landings/sbs/cosmetyn%5Fcell%5F01/?caCode=ANTICELL%5FCLICKB&p=0&caid=14917&cid1=0&cid2=1164&cid3=0&cid4=False&sid=&stID=60&new=1&misc3=CD94212<br>www.celluliteassociation.com |

| Rank | Supplier | Products | Affiliate Websites (advertising products) |
|---|---|---|---|
| 28 | **0841092 B.C. Ltd**<br><br>180 w. Westfield Ave<br>Roselle Park, NJ 07204 | Resvermax<br>Premium Acai Berry<br>Slim Berry<br>Procolo | www.coloncleanseguidetoday.com<br>www.acai-berry-oz-review.com<br>www.acaiherbal.com<br>www.fastfatburningdiet.com/oprah2.php<br>www.acai-berry-caution.com |

| Rank | Supplier | Products | Affiliate Websites Promoting These Products |
|---|---|---|---|
| 29 | **Bottom Two Investments** /aka **Nutra Foods** <br><br> REGISTERED AGENT: Business Filings Incorporated 108 West 13th Street Wilmington, Delaware 19801 <br><br> Alt. Address 110 West 9th Street, #665 Wilmington, Delaware, 19801 | Acai Resolution | www.acai-berrywarning.com |
| | | Acai Nutraburst | http://secure1.healthierwaytogo.com/landings/new planet/acai04 |
| | | RezEX | |
| | | Maqui Nutraburst | www.drozacaidiet.com |
| | | Exilatrol | www.Acaihealthdiet.com |
| | | | www.Acai-secrets-unmasked.com |

| Rank | Supplier | Products | Affiliate Websites Promoting These Products |
|---|---|---|---|
| 30 | **Health RezV, LLC** a/k/a **HealthRezV** <br><br> 10134 6th St. Suite M Rancho Cucamonga, CA. 91730 | HealthRezV | www.dr-oz-resv.com |
| | | | www.Drozresveratroltrial.com |
| | | | www.trustedrezv.com |
| | | | www.resveratrol-study.com |

Confidential

| Rank | Supplier | Product | Affiliate Websites Offering Product |
|------|----------|---------|-------------------------------------|
| 31 | **Healthy Colon LLC** <br><br> REGISTERED AGENT: <br> Xtreme Business Solutions, Inc. <br> 3838 Raymert Drive, Suite 3 <br> Las Vegas, Nevada 89121 | Body Flush | www.topnewreviews.com/acai-s <br> www.helenshealthblog.com <br> www.oprahs-best-colon.com <br> www.Debrasdiet.com |

| Rank | Supplier | Product | Affiliate Websites Offering Product |
|------|----------|---------|-------------------------------------|
| 32 | **Redux-V Holdings, Inc.** a/k/a **Redux Holdings, Inc.** a/k/a **Naturade, Inc** <br><br> REGISTERED AGENT: <br> Rick Robinette <br> 17595 Edgewood Lane <br> Yorba Linda, California 92886 <br><br> Alt. Address <br> 2099 South State College Boulevard, Suite 210 <br> Anaheim, California 92806 <br><br> Alt. Address <br> 1 City Boulevard West, Suite 1440 <br> Orange, California 92868 | Redux-V | www.redux-v.com |

| | | | |
|---|---|---|---|
| 33 | **Easy White, Inc.** a/k/a **Easy White Labs** REGISTERED AGENT: Michael Singer 701 Northpoint Parkway, Suite 330 West Palm Beach, Florida 33407 Alt. Address 5711 SW 137 Avenue Miami, Florida 33183 Alt. Address 6899 Winchester Circle, Suite 103 Boulder, Colorado 80301 | Easy White | http://drosresveratrol.com/?t202kw=resveratrol&t202c=3235239864&t202t=c&t202p=hubpages.com www.Theozresveratrol.com www.resveratrol-advisor.com/dr-oz www.drozadvice.com www.resvguide.com www.news3news.com www.the-resveratrol-reviews.com www.resvpure.com www.resveratroltrial.net |

| Item | Company | Product | Infringing Website/Domain Names(s) |
|---|---|---|---|
| 34 | **Jet Processing**<br><br>Jet Processing<br>13799 Park Blvd N<br>Suite #330<br>Seminole FL 33776 | Acai Natura Burn | www.dr-oz-resv.net<br>www.dr-oz-resv.net<br>www.oprahshowdiet.com |

| Item | Company | Product | Infringing Website/Domain Names(s) |
|---|---|---|---|
| 35 | **Monavie AS, LLC**<br>**a/k/a**<br>**Monavie Holdings International, LLC**<br>**a/k/a**<br>**Monavie LLC**<br>**a/k/a**<br>**Monavie**<br><br>REGISTERED AGENT:<br>Graden P. Jackson<br>Strong & Hanni<br>3 Triad Center, Suite 500<br>Salt Lake City, Utah 84180<br><br>Alt. Address<br>10757 South Riverfront Parkway, Suite 110<br>South Jordan, Utah 84095 | Monavie | www.Acai-berry.info<br>www.Try-acai-berry.com<br>www.Try-monavie.com<br>www.acailite.com<br>www.TheAcai.com |

| No. | Supplier | Product | Affiliate Websites at Issue |
|---|---|---|---|
| 36 | **Brazilian Basics**<br><br>165 Pleasant Ave<br>S. Portland, ME 04106 | Acai Energy | www.acai-berry-oz-review.com<br>www.acai-free.com |

| No. | Supplier | Product | Affiliate Websites at Issue |
|---|---|---|---|
| 37 | **L'AVENIR**<br><br>L'AVENIR™ Skin Care<br>1275 Bloomfield Avenue, Bldg 9 –<br>Unit 85, Fairfield, NJ 07004 | Cellutone | www.forgetcellulite.com<br>www.cellulitetreatmentwarning.com |

| Rank | Supplier | Products | Affiliate Website/Original Profile |
|---|---|---|---|
| 38 | **Ultra Green Products, LLC a/k/a/ Ultra Green Products**<br><br>REGISTERED AGENT:<br>Michael P. Bist<br>1300 Thomaswood Drive<br>Tallahassee, Florida 32308<br><br>Alt. Address<br>2820 Remington Green Circle<br>Tallahassee, Florida 32308<br><br>Alt. Address<br>2160A Sunnydale Boulevard<br>Clearwater, Florida 33765 | Goji Raw<br>Resveratrol Lifeline | www.resveratrollifeline.com |

| Rank | Supplier | Products | Affiliate Website/Original Profile |
|---|---|---|---|
| 39 | **Nature's Perfection**<br><br>4977 Fairview AvenueBoise, ID 83706 | | |

Confidential

| Rank | Supplier | Product | Additional Websites Offering Product |
|------|----------|---------|--------------------------------------|
| 40 | **Rez-Berries /aka RezActiv /aka Res Q**<br><br>6899 Winchester Circle<br>Suite 103<br>Boulder, Colorado 80301 | Rez Activ | |

| Rank | Supplier | Product | Additional Websites Offering Product |
|------|----------|---------|--------------------------------------|
| 41 | **Crush LLC**<br><br>REGISTERED AGENT:<br>BTJD Corporate Services, LLC<br>3165 East Millrock Drive, Suite 500<br>Salt Lake City, Utah 84121 | Acal berry 500 | www.acaiberry500.com |