# EXHIBIT 2

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼                                        Sign in

Google  | "Dr. Oz" |          Search Sponsored Links

Search the Web

---

**Sponsored Links**                                    Results **1 - 12** of about **35** for **"Dr. Oz"** (0.044 seconds)

**Dr. Oz Official Website**
Dr. Oz Recommends Resveratrol
Ultra. Free Trial Offer! Try It.
www.ResveratrolTop3.com/Dr-Oz

**Dr. Oz's Acai Berry**
These Acai Products Have Been
Tested By **Dr. Oz** And They Work!
Acai-Berry-Studies.com

**Dr Oz Info**
Get Info On **Dr Oz**
Access 10 Search Engines At Once.
www.Info.com/**DrOz**

**Doctor Oz's Secret Diet**
Lose Weight, Flush Toxins and more
I Lost 57 Lbs. Read My Story!
www.RubysWeightLoss.info#**DrOZ**

**Dr Oz Fibromyalgia**
Learn The Facts About
Dr Oz Fibromyalgia
Blurtit.com

**You By Dr Oz**
Huge Selection of Nonfiction Books.
Bid on You By **Dr Oz**.
www.eBay.com

**Dr. Oz Infrared Saunas**
Recommended By Health Experts.
Request For A Quote Online Today!
www.SunlightSaunas.com

**Dr. Oz Chia Seeds**
ISO 9000, Organically Grown Chia
Free Shipping For A Limited Time!
www.TheChiaSeed.com

**Dr.Oz Weight Loss Is A Go**
Yes, You Have Read This Correctly!
As Seen On Nbc,Cbs, and Fox
www.TotallyTrim.com

**Dr. Oz Acai Berry Review**
Acai Berry Diet the New Weight Loss
Superfood! Acai Berry Review
FreeNewTrials.com/weight-loss

**Dr Oz Acai Berry Exposed**
Does Acai Berry Really Work?
You'll be Shocked at What We Found.
AcaiBerrysReview.com

**Dr. Oz Resveratrol Trial**
Reduxatrol #1 SuperFood Anti-Aging
30-Day Trial Offer-Easy To Use Now!
www.Reduxatrol.com

**Learn more about these results**

1 2 3  **Next**

---

Google Home - Advertising Programs - Business Solutions - About Google

©2009 Google

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▾                          Sign in

Google        "Dr. Oz"                                    Search Sponsored Links
              Search the Web

**Sponsored Links**                              Results 13 - 24 of about 35 for **"Dr. Oz"** (0.04 seconds)

**Dr Oz Resveratrol Warning**
*Thinking About Trying Resveratrol?*
Read This Important Review First.
www.Resv-Reviewed.com

**Dr Oz Resveratrol Exposed**
Resveratrol Works But Be Careful
of Scams. Read this Before You Try
topResveratrolReviews.com

Find It With Peeplo
All About It
The World in One Site!
Peeplo.com/Top_Results

Resveratrol Official Site
for Resveratrol™ Anti Aging Miracle
Free Sample+small s/h.
www.YoungPill.com

RealAge Official Site
Millions have already taken this
amazing test. What's your RealAge?
RealAge.com

ResVeratrol Free Sample
As Seen on 60 Minutes, & Barbara
Walters. Try it Here For Free!
ResVeratrol100mg-Free.com

Immune System Supplement
**Dr. Oz** Recommended, It Works!
Save $3 Online-Free Shipping Avail.
www.Sustenex.com

**Dr Oz's Cleansing Diet**
Flush Away Excess Pounds & Toxins!
**Dr Oz** Recommend Colon Cleanse
www.ColonCleansing-Review.com

30 Day Freetrial Revatrol
As seen on **Dr. Oz** segment
Resveratrol Works - Order Now.
www.ResvReviewer.com

Doctor Oz Says that
resveratrol may add years
to your life. Check it out!
Health-is-Beauty.com/**DrOz**.html

**Dr. Oz's Colon Cleanse**
Flatten Your Stomach, 30 Day Free
Trial, Pay Nothing (Not Even S&H)
www.UltimateColonCleanse.com

Acai Berry Scams
Warning! Want to Try Acai Berry?
Read this In Depth Review First.
www.aboutacai.net

Learn more about these results

**Previous** 1 **2** 3      **Next**

Google Home - Advertising Programs - Business Solutions - About Google

©2009 Google

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼                    Sign in

Google        "Dr. Oz"                                Search Sponsored Links

                Search the Web

---

**Sponsored Links**                    Results 25 - 35 of about 35 for "Dr. Oz" (0.048 seconds)

Mom's Beauty Trick
How a Local Mom Saved Money with
Free Acai & Teeth Whitening Trials.
TheConsumerTimes.com/Beauty

A Mom's Beauty Trick
How a Local Mom Saved Money with
Free Acai & Teeth Whitening Trials.
Beauty.DailyVoice.net

1 rule of a flat stomach
Lose 9 lbs in 11 days
by obeying these 10 easy rules
FatLoss4Idiots.com

"2009 Diet Of The Year"
Finally, A Diet That Really Works!
As Seen on ABC, CBS & Today Show.
www.FavoriteDrOzDiet.com

Learn more about these results

Barbara Walters Special
On Resveratrol, the anti-aging
antioxidant sweeping the country
www.liveuntil125.com

You Staying Young
Save 40% on You Staying Young by Oz
and Roizen, brand new release!
www.ecookbooks.com

2009 Diet Of The Year
Finally, A Diet That Really Works!
As Seen On ABC, CBS & Today Show.
www.FreeOprahDiets.com

Weight Loss Secrets
Discover Tips And Links On The
Best Ways To Lose Weight Fast!
www.WeightLossWolf.com

Health Books at Amazon
Save on Health Books at Amazon!
Qualified orders over $25 ship free
Amazon.com/books

High-Potency Resveratrol
World's Top Selling Resveratrol
Consumer Lab Approved, Super Sale!
www.Biotivia.com/Anti-Aging

Resveratrol Supplement
Protects and Repairs DNA.
All Natural. Money Back Guarantee.
www.AgeDefyingTonic.net

---

**Previous** 1 2 3

---

Google Home - Advertising Programs - Business Solutions - About Google

©2009 Google

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▾                                                Sign in

Google        "Oprah"                                    Search Sponsored Links

              Search the Web

---

**Sponsored Links**                                    Results **1 - 12** of about **64** for **"Oprah"** (0.048 seconds)

**Official Oprah Giveaway**
Enter Here, To Instantly Win Your
Free Paid Trip To The **Oprah** Show.
Oprah.GuaranteedGiveaways.com

**Oprah Winfrey Book**
Get Great Selection & Great Savings
at AOL® Shopping - Shop Now!
Shopping.AOL.com

**acai oprah**
Operah Acai Berry Diet
Get Your Free Trial Offer Now!
www.acaipure-trialoffer.com

**Become Debt Free Today**
Avoid Bankruptcy. Stay In Your Home
We've Helped Over 30,00 Families
StartOverToday.com/**Oprah**-Debt-Diet

**Oprah and The Acai Diet**
How a Mom Lost 65 lbs. with Less
Than $10? **Oprah** and The Acai Diet!
www-TryAcai.com/**Oprah**-Acai-Diet

**O: The Oprah Magazine**
Subscribe, Renew or give as a Gift.
Risk-free Guarantee, Free Shipping.
magazine-subscription.com-sub.info

**As Seen on Oprah**
Find out how I lost my
unwanted weight permanently
www.vicebustingdiet.com

**Oprah Diet**
The Secret the Chinese Have Known
For Thousands of Years - Order Now!
TryWuYi.com/FreeTrial

**As Seen On Oprah**
Child Shield USA, prevent abduction
Child missing prevention program!
childshieldusa.com/service_home.asp

**Oprah**
**Oprah**'s Wisdom on Health, Beauty &
Happiness. Up to 78% off Cover!
www.The**Oprah**Mag.com

**OMG Fat Loss in O Mag**
**Oprah** Magazine, USA TODAY, GMA
Risk Free Trial - 100% Weight Loss
OMGFatLoss.com/**Oprah**

**Secret Behind The Secret**
"How Does The Secret Really Work?"
The Answer Inside May Shock You!
BelieveAndManifest.info/**Oprah**

**Learn more about these results**

1  2  3  4  5  6    **Next**

---

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼

Sign in

Google    "Oprah"

Search Sponsored Links

Search the Web

**Sponsored Links**            Results 13 - 24 of about 64 for "Oprah" (0.045 seconds)

**Opr Angel Network**
We donate to Angel Network.
Start now to get $5 Bonus Donation
www.SupportYourCause.com/**Oprah**

**philosophy hope in a jar®**
get one of the top O-list gifts.
special discount & free shipping!
philosophy.com/**oprah**

**Subscribe - O: Magazine**
Subscribe or Renew 90 Day Risk-Free
Great Gift, No Tax, Free Shipping
O-The-**Oprah**-Magazine.com-sub.biz/

**Opraah Got EXPOSED Live?**
She Preached About Visualization
Now Watch the TRUTH in this Movie->
MindMovieDownload.com?**Oprah**-
Winfrey

Learn more about these results

**O.Winfrey, Blow?**
Tell Us Your Opinion And recieve
Free AcaiBerry Trial Bottle Today
www.free-deals.info/**Oprah**.ht

**How Can I Get Him Back**
Easy and amazing "mind" method
Get your man back fast right now
www.getaguyback.com/**Oprah**

**Celebrity TV Show Hostess**
Get News & Pictures of Winfrey,
Free Picture Galleries and News!
www.ActressArchives.com/**Oprah**

**Knowledge Sharing Online**
Join America's Top Female TV Host
Educate Women w/Top PC Education.
www.**Oprah**.com/Intel

**Chinese tea to lose weigh**
Powerful Diet Wuyi Tea Plus EGCG,
Weight loss with WuYi Diet Slim Tea
www.Wuyiteaplus.com/**Oprah**

**Face Lift Alternative**
Celebs like Melanie, Demi, Nora
Beyonce, Marisa and Dr. Weil agree
www.Dremu.com/**Oprah**

**Claus Porto Soaps**
As Featured On TV
Order Now...Free Shipping!
**Oprah**.Sesto-Senso.com

**1 Trick for a Flat Belly:**
Let's get real - ab exercises don't
burn body fat, but this method does
www.GetLeanAbs411.com

**Previous** 1 2 3 4 5 6    **Next**

Google Home - Advertising Programs - Business Solutions - About Google

©2009 Google

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼                                      Sign in

Google          "Oprah"                                        Search Sponsored Links
                Search the Web

**Sponsored Links**                               Results **25 - 36** of about 64 for **"Oprah"** (0.062 seconds)

**Why Do Men Dump Women?**
Learn What Men Really Want and
How To Find & Attract Lasting Love
InsideAGuysMind.com

**Clothing - Cheap Prices**
Latest Styles & Fashion.
Top Designers & Clothing on Sale!
www.NexTag.com/Clothing

**"Raise Your Credit Score"**
"I Raised My Credit Score To Over
700 Using These Free Tips!"
www.CreditScoresExposed.Com/FreeTip

**$20,000/Mo in 20/Hrs Week**
How to Do it in Less Than 20 Months
Find "The Secret" Here
makelifegreatcoaching.com

**Learn more about these results**

**"2009 Diet Of The Year:"**
Scientifically Proven Weight Loss!
As Seen On CNN, NBC, CBS & Fox
News
www.AcaiBurnMax.com

**Queen Of Daytime Shows**
Ms. Winfrey's Good Deeds Earn
Her Person Of The Year Title!
PETA.org

**Discount Items**
Looking for something?
Find exactly what you want today.
Yahoo.com

**African American Dating**
African American Singles Seek Love,
Dating & More. Join Free Today!
www.BlackCupid.com

**ResVeratrol Free Sample**
As Seen on 60 Minutes, & Barbara
Walters. Try it Here For Free!
ResVeratrol100mg-Free.com

**Metaphysics University**
Ph.D., Bachelors & Masters Degrees
University Of Metaphysical Sciences
UMSonline.org/CourseDescriptns.htm

**The O Magazine Cookbook**
Save 40% on The O Magazine
Cookbook, brand new release!
www.ecookbooks.com

**Best Value on Resveratrol**
Our $20 Bottle Contains 9,750mg,
Their $35 (60mg/60c) btl is 3,600mg
www.WholeHealth.com

**Previous** 1 2 3 4 5 6   **Next**

Google Home - Advertising Programs - Business Solutions - About Google

©2009 Google

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▾                    Sign in

Google    "Oprah"                    Search Sponsored Links

Search the Web

**Sponsored Links**                    Results 37 - 48 of about **64** for **"Oprah"** (0.032 seconds)

Seen On Talk Shows
$200/Hr Home Job Seen On TV.
Guaranteed Work. Start Today.
theconsumerwatchdog.org

Turnkey Home Business
Learn A System That Makes Me More
In A Month Than Most Make In A Year
www.TopBusinessToday.Com

J.Crew - Official Site
Great looks for Summer - including
The loop **Oprah** wore on O Magazine.
www.JCrew.com

Wu-Yi Diet Tea - $39.99
Lose Weight Fast - 100% Guaranteed!
As Seen on **Oprah**. Buy 1 Get 1 Free.
www.OfficialWuYiSlimmingTea.com

Intimates Apparel
Shop For Intimate Apparel As
Seen On The **Oprah** Winfrey Show.
www.BareNecessities.com

Save 20%: Grass Fed Beef
100% USDA Organic Hot Dogs
As Seen on **Oprah**! Buy Online Today.
www.GreensburyMarket.com

Fitness Model Program ™
help you lose that darn ugly fat
featured on **Oprah** Winfrey
www.fitnessmodelprogram.com

Dr.Oz Weight Loss Is A Go
The #1 Diet To Lose Weight.
As seen on ABC, NBC, CBS and **Oprah**!
www.TotallyTrim.com

Permanent Weight Loss
Forever weightLoss by proven method
As Seen on CNN, FOX, ABC
News,**Oprah**
www.geturdreambody.com

Enell Sports Bras on Sale
Workout in Comfort with Ennel Bras
As Seen on the **Oprah** Winfrey Show!
www.BiggerBras.com/Enell

Lose 80lbs In 8 Weeks
From Fat To Fit w/ JNL. Eat More
Workout Less, Feat. On **Oprah**!
FitnessModelMummies.com

Free secret formula
To loose weight, get more energy
as seen on **Oprah**, Discovery, 60 min
resveratrolselect.com

Learn more about these results

Previous 1  2  3  4  5  6    **Next**

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▾                                        Sign in

Google        "Oprah"                                        Search Sponsored Links
              Search the Web

**Sponsored Links**                                    Results **49 - 60** of about **64** for **"Oprah"** (0.034 seconds)

Buy Himalayan Institute
Discount Himalayan Eco Neti Pots
As Seen On **Oprah**! +45% Off
www.luckyvitamin.com/HimalayanInst

Slim 365 Free Trial
Lose 15Lbs, Like **Oprah**.
Burn Fat. Block Fat. Ban Fat.
Slim3X.com

CFO Finds Freedom
i Found A Home Business And Quit
My Job For Recession Proof Life
UnifiedWealthSolutions.com

O. Winfrey - Spiritual
Try this free Spiritual Newsletter
written via a deep trance channel
www.InnerWhispers.net

Learn more about these results

Build a School in Africa
Help change the lives of children
in Ethiopia and Mozambique
ascendalliance.org

Museum Quality Pieces
Accentuate Your Dream Home
Hundreds Of Items- Free Shipping
www.TheRoseGardenDB.com

Free Video
Watch & Share Millions of Videos
about your interests!
Peeplo.com/Video

Prepare to be Shocked
Millions have already taken this
amazing test. What's your RealAge?
RealAge.com

Cheap Wu Yi Tea **Oprah**
Search for Wu Yi Tea **Oprah** now -
Compare Vitamins Nutrition & save!
www.wu-yi-tea-oprah.best-price.com

What is the O Effect?
We know about the-O-effect.
Do You!
www.theopraheffect.com

Ophra's Acai Berry Diet
We Tried All The Acai Products
On Ophra And Only These Work!
Acai-Berry-Studies.com

**Oprah** Tea
Bid on **Oprah** Tea now!
Find great deals & huge selection.
www.eBay.com

**Previous** 1  2  3  4  5  6      **Next**

Google Home - Advertising Programs - Business Solutions - About Google

©2009 Google

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼                                                          Sign in

Google     |"Oprah"                                      |     Search Sponsored Links
           |  Search the Web  |

**Sponsored Links**                                        Results **61 - 64** of about **64** for **"Oprah"** (0.042 seconds)

### Top-6 Teeth Whiteners
Announcing the top Teeth Whitening
Products on the market for 2009!
www.VibrantWhite.com/Reviews

### Clarisonic Skincare Brush
Shop Clarisonic Skin Care Brush at
at Sephora. This Item Ships Free!
www.Sephora.com

### Love Builds Confidence
Chemistry® Will Help You Find True
Love, Just the Way You Are!
www.Chemistry.com

### 1 rule of a flat stomach
Lose 9 lbs in 11 days
by obeying these 10 easy rules
FatLoss4Idiots.com

**Learn more about these results**

**Previous** 1 2 3 4 5 6

Google Home - Advertising Programs - Business Solutions - About Google

©2009 Google

Web   Images   Videos   Shopping   News   Maps   More    MSN    Windows Live

Sign in  ·  United States  ·  Extras ▾

## Bing

"Dr. Oz"   🔍

**ALL RESULTS**

**RELATED SEARCHES**
Oprah Dr Oz
Dr Oz Diet Plan
Dr Mehmet Oz
Ask Dr Oz
Dr Oz Breakfast Drink
Dr Oz Vitamins
Dr Oz Green Drink
Dr Oz Exercise

**SEARCH HISTORY**
"Dr. Oz"

See all
Clear all | Turn off

ALL RESULTS                                          1-10 of 88,100,000 results · Advanced

Sponsored sites

**Dr Oz Resveratrol Warning** - www.Resveratrol-Alert.net
Before You Try Any Resveratrol, Read This Important Message First

**Dr. Oz's #1 Acai Diet** · DrOzDiet.The-AcaiBerry-Diet.com
Featured By Dr. Oz As The #1 Diet For 2009  Now A Risk-Free Trial!

**Dr Oz's #1 Diet- Acai** - www.DrOz.4-Dieting.info
Acai Berry Review, What Works? Plus A Tip To Lose 23% More Weight.

Health News and Advice from America's Doctor - Dr. Oz - Oprah.com ...
Dr. Oz wants to get you in the best shape of your life from the inside out. America's Doctor will help
you live your healthiest life!
www.oprah.com/continuum/health/droz  Cached page

**Dr. Oz : Discovery Health**
Dedicated to Dr. Mehmet Oz and his many endeavors, including his YOU books, Oprah
appearances, and other books on healthy living.
health.discovery.com/fansites/dr-oz/dr-oz.html  Cached page

Diet Doctor : Dr Oz Fansites : Discovery Health
Are you looking to start a diet program? Come visit with Dr. Oz, a renowned diet expert who wants
to help you get healthy.
health.discovery.com/fansites/dr-oz/droz/droz.html  Cached page

Mehmet Oz - Wikipedia, the free encyclopedia
Ask Dr. Oz " on The Oprah Winfrey Show " AccentHealth " on Turner Private Networks-- a health-
themed newsmagazine program designed for viewing in doctor's offices.
en.wikipedia.org/wiki/Mehmet_Oz  Enhanced view

**Dr. Oz's Anti-Aging Checklist - Blueberries** - Oprah.com
Are you looking for ways to get healthy and peel the years off your body? Dr. Oz and Dr. Roizen
are back with the ultimate anti-aging checklist.
www.oprah.com/slideshow/oprahshow/slideshow1_ss_oz_20090205/3  Cached page

**Dr. Oz Reveals the Ultimate Checklist for Great Aging - Oprah Show ...**
Dr. Oz joined Oprah to share his anti-aging checklist with tips that will help everyone look and feel
younger.
oprah.about.com/od/february2008/p/agingchecklist.htm  Cached page

Mehmet C. Oz, MD, FACS - Department of Surgery
Positions and Appointments: 2001-present ; Professor of Surgery; Columbia University College of
Physicians & Surgeons, New York, NY; 2001-present ; Director, Cardiovascular ...
asp.cumc.columbia.edu/facdb/profile_list.asp?uni=mco2&DepAffil=Surgery  Cached page

**Dr. Oz answers Medical Questions on Oprah TV Show**
YOU: The Owner's Manual: An Insider's Guide to the Body that Will Make You Healthier and
Younger - Michael F. Roizen and Mehmet Oz [Best Syndication] Dr. Oz received a number of ...
www.bestsyndication.com/?q=042207_dr-oz-oprah-winfrey-tv-show-answers-medical-questions
Cached page

**Dr Oz Colon Cleanse - Doctor Mehmet Oz's Thoughts on Colon Cleansing ...**
If you had Dr. Oz, one of the world's foremost doctors cornered at a party, what would you ask him?
www.esquire.com/features/ask-dr-oz/droz1007  Cached page

You on a Diet
In just 2 weeks you'll be solidly on the road to success, and your waist will probably be 2 inches
smaller. Find a diet buddy – join the message boards.
www.realage.com/DoctorCenter/rmb.aspx  Cached page

Sponsored sites

**Dr Oz Resveratrol Warning** - www.Resveratrol-Alert.net
Before You Try Any Resveratrol, Read This Important Message First

**Dr. Oz's #1 Acai Diet** - DrOzDiet.The-AcaiBerry-Diet.com
Featured By Dr. Oz As The #1 Diet For 2009  Now A Risk-Free Trial!

1   2   3   4   5   Next

"Dr. Oz"   🔍

© 2009 Microsoft  ·  Privacy  ·  Legal  ·  Help  ·  Feedback

---

Sponsored sites

Resveratrol Side Effects
Warning! Want To Try Resveratrol?
Have You Considered Side Effects?
www.WebMD-Resveratrol.com

Dr. Oz's Colon Cleanse
Colon Cleansing 100% FREE (Not
Even S&H)! 30 Day FREE Trial! NO
REBILL
www.UltimateColonCleanse.com

Dr Oz's Resveratrol Pick!
Dr. Oz Recommends Resveratrol
Ultra. Free Trial Offer! Try It!
www.ResveratrolTop3.com/Dr-Oz

Dr. Oz Resveratrol Works
Resveratrol Works But Don't Buy Any
Before You Read Our ResV Reviews!
www.TopResv.com

Dr. Oz's Acai Berry Diet
Chosen As "2009 Diet Of The Year"
As Seen On CNN, NBC, CBS & Fox
News
www.AcaiBerryDetox.com

See your message here

Web   Images   Videos   Shopping   News   Maps   More   MSN   Windows Live

Sign in  |  United States  |  Extras ▾

## Bing

"Dr. Oz"

ALL RESULTS

RELATED SEARCHES
Oprah Dr Oz
Dr Oz Diet Plan
Dr Mehmet Oz
Ask Dr Oz
Dr Oz Breakfast Drink
Dr Oz Vitamins
Dr Oz Green Drink
Dr Oz Exercise

SEARCH HISTORY
"Dr. Oz"

See all

Clear all | Turn off

ALL RESULTS                                                                        11-20 of 88,100,000 results    Advanced

Sponsored sites

**Rezveratrol Side Effects** - www.WebMD-Resveratrol.com
Warning! Want To Try Rezveratrol? Have You Considered Side Effects?

**Dr. Oz Recommends ResV!** - www.ResveratrolTop3.com/Dr-Oz
Dr. Oz Recommends Resveratrol Ultra. Free Trial Offer! Try It

**Dr. Oz's Colon Cleanse** - www.UltraPureCleanse.com/FreeTrial
Colon Cleanse Your System & Lose Weight! 14-day Free Trial S&H $4.95

**You on a Diet**
In just 2 weeks you' ll be solidly on the road to success, and your waist will probably be 2 inches
smaller! Find a diet buddy -- join the message boards.
www.realage.com/DoctorCenter/intro.aspx   Cached page

**Dr Oz Green Drink**
Dr Oz Green Drink Recipe- As seen on Oprah, here is the recipe for the Dr Oz green drink thats
all the rage for healthy raw food intake.
hitsuas.com/blog/277/dr-oz-green-dr ink   Cached page

**Dr. Oz visits on Oprah TV show – Answered Questions about Worm and ...**
Stock Photo Dr. Oz manages to gross us out again on today's Oprah TV show by showing us a
tape worm that is about 7 – 8 feet long. He discusses in detail a number of different
www.bestsyndication.com/?q=082107_ask-dr-oz-oprah-tv-show-answers-hookworm-pinworm
Cached page

**Dr. Oz Green Drink Recipe Instructions**
Ingredients: 1 lemon 1/2 cup parsley, chopped 1 rib of celery 2 big handfuls of Spinach 1 piece of
peeled ginger 1 medium cucumber 2 apples preferred amount of ice ...
hubpages.com/hub/Dr-Oz-Green-Drink-Recipe-Instructions   Cached page

**Dr Oz Real Age Quiz on Oprah Show - Tips From Dr Oz to Determine Your ...**
Dr Oz Real Age Quiz on Oprah Show - Tips From Dr Oz to Determine Your Real Age By Jenny
Myers
ezinearticles.com/?Dr-Oz-Real-Age-Quiz-on-Oprah-Show --Tips-From-Dr-Oz-to-Determine-
Your   Cached page

**Dr Oz and Acai Berry**
One of the biggest questions on the web is about Dr. Oz and acai berry. More specifically, what did
Dr. Oz say, who is Dr. Oz, and why does he endorse the berry.
ezinearticles.com/?Dr-Oz-and-Acai-Berry&id=1738095   Cached page

**Droz and Associates - Integrated marketing, branding, advertising ...**
Droz and Associates specializes in branding, strategic planning, design, advertising, interactive
marketing, and public relations
www.droz.com   Cached page

**Dr Oz Miracle - Dr Oz Diet Review - How I Lost 53 Lbs Using Dr Oz Diet**
My Journey From 135 Lbs To 200 Lbs. Howdy folks, I am Sarah Johnson and I am a fulltime
homemaker and mom I have a very supportive husband and three angelic children.
drozmiracle.com   Cached page

**About RealAge — Dr. Oz**
Read about our company, our science and executive teams, our policies, and more
www.realage.com/corporate/mehmer_bio.aspx   Cached page

**Dr. Oz 90-Day Diet - LoveToKnow Diet**
The Dr. Oz 90-Day Diet is an extension of the previous diet recommendations by the same author,
simply named the Dr. Oz Diet. As heard and seen in many public arenas, including ...
diet.lovetoknow.com/wiki/Dr _Oz_90-Day_Diet   Cached page

Sponsored sites

**Rezveratrol Side Effects** - www.WebMD-Resveratrol.com
Warning! Want To Try Rezveratrol? Have You Considered Side Effects?

**Dr. Oz Recommends ResV!** - www.ResveratrolTop3.com/Dr-Oz
Dr. Oz Recommends Resveratrol Ultra. Free Trial Offer! Try It

Prev   1   2   3   4   5   6   Next

"Dr. Oz"

Sponsored sites

**Best 3 Colon Cleanse**
Best 3 Colon Cleanse Help you Easy
Weight Loss, Claim Free Trials Now!
Colon-Cleanse-Supplement.com

**Dr OZ**
Erase Wrinkles & Lock Younger
Risk Free Trial With Acai Extract
www.yourownperfectface.com

**Barbara Watters Special**
Barbara Watters talks about
Resveratrol for health & long life
liveunit4125.com

**"2009 Rachael Ray's Diet"**
I followed Rachael Ray's advice and
lost over 22 pounds in a month!
www.HopesDiet.com

See your message here

Web   Images   Videos   Shopping   News   Maps   More ▾       MSN       Windows Live

Sign in  |  United States  |  Extras ▾

## Bing

"Dr. Oz"

ALL RESULTS

**RELATED SEARCHES**
Oprah Dr Oz
Dr Oz Diet Plan
Dr Mehmet Oz
Ask Dr Oz
Dr Oz Breakfast Drink
Dr Oz Vitamins
Dr Oz Green Drink
Dr Oz Exercise

**SEARCH HISTORY**
"Dr Oz"

See all

Clear all | Turn off

ALL RESULTS
21-30 of 89,100,000 results   Advanced

Sponsored sites

**Dr Oz Resveratrol Warning** - www.Resveratrol-Alert.net
Before You Try Any Resveratrol, Read This Important Message First.

**Dr Oz's #1 Acai Diet** - DrOzDiet.The-AcaiBerry-Diet.com
Featured By Dr. Oz As The #1 Diet For 2009. Now A Risk-Free Trial!

**Dr Oz's #1 Diet- Acai** - www.DrOz.4-Dieting.info
Acai Berry Review, What Works? Plus A Tip To Lose 23% More Weight.

**Dr. Oz - Medicine Cabinet Essentials - Health Advice from Dr. Mehmet ...**
Dr. Oz gives us a look at the essentials he keeps in his medicine cabinet. (And if you're smart you'll start keeping these things too.)
www.esquire.com/features/ask-dr-oz/medicine-cabinet-0909   Cached page

**Dr Oz Puts "YOU: On a Diet"**
Oprah's got a new diet plan. Does the Dr Oz plan for "waist management" work?
hubpages.com/hub/Dr_Oz_Diet   Cached page

**What's New, Dr. Oz In the News**
Below is a publicity overview for Mehmet C. Oz, MD. Read Dr. Oz's profile on columbiasurgery.org.
Oprah Bids Farewell to Dr. Oz as He Embarks on
www.columbiasurgery.org/news/oz.html   Cached page

**Dr. Oz Diet Book - LoveToKnow Diet**
If you are wondering about the Dr. Oz Diet book, Your On A Diet: The Owner's Manual for Waist Management, you have come to the right place. Co-written by Dr. Michael Roizen, it ...
diet.lovetoknow.com/wiki/Dr_Oz_Diet_Book   Cached page

**Dr. Mehmet Oz, Heart Surgeon with a Big Heart**
Dr. Oz feels that it is very important for Turks who have achieved success in their fields to mentor the next generation. He admits to being challenged in ...
www.theturkishtimes.com/archive/03/0501/f-oz.html   Cached page

**UnitedHealth Premium is Power. Empower yourself with smarter choices ...**
Get a free selected chapter from Dr. Oz's YOU: The Smart Patient Learn how to search for a physician Learn how to search for a specialty center
www.myoptumhealthchoices.com/droz.aspx   Cached page

**Dr. Oz Diet Plan - Dr. Oz and Dr. Roizen Put You on a Diet ...**
In their new book, Your On a Diet, best-selling authors Michael Roizen, M.D., and Mehmet Oz, M.D., tell you how to lose two inches in two weeks. Here, their eat-smart diet plan  .
www.goodhousekeeping.com/health/diet/dr-oz-diet-sep06   Cached page

**Allergy Relief Blog**
Dr. Oz Demonstrates Neti Pot on Oprah People have been using neti pots to wash out their noses for thousands of years, Dr. Mehmet Oz tells the audience on Oprah
www.astrocallergy.com/blog/neti-pot-on-oprah   Cached page

**Dr. Oz on Oprah: How to live to be 100 year old + Fitness Boot Camps ...**
Recent Posts · Kids Fitness Program in Dallas, TX area – Kids having fun while exercising. Dallas, TX Area – Local Fitness Boot Camp adds fun to exercise – Pictures
getyoumshare.wordpress.com/2007/11/02/dr-oz-on-oprah-how-to-live-to-be-100-year-old   Cached page

**Tuesday, October 7, 2008 Oprah Show Recap - Dr. Oz Answers Men & Women ...**
Tuesday, October 7, 2008 Oprah Show Recap - Dr. Oz returned for Tuesday with a twist - he answered questions from a studio audience filled with more than 170 women and 170 men.
oprah.about.com/od/oprahshowrecap/qt/drozmenwomen.htm   Cached page

Sponsored sites

**Dr Oz Resveratrol Warning** - www.Resveratrol-Alert.net
Before You Try Any Resveratrol, Read This Important Message First.

**Dr Oz's #1 Acai Diet** - DrOzDiet.The-AcaiBerry-Diet.com
Featured By Dr. Oz As The #1 Diet For 2009. Now A Risk-Free Trial!

Prev    1    2    3    4    5    6    7    Next

"Dr. Oz"

Sponsored sites

**Resveratrol Side Effects**
Warning! Want To Try Resveratrol?
Have You Considered Side Effects?
www.WebMD.Resveratrol.com

**Dr Oz's Resveratrol Pick!**
Dr. Oz Recommends Resveratrol
Ultra. Free Trial Offer! Try It!
www.ResveratrolTop3.com/Dr-Oz

**Dr. Oz's Colon Cleanse**
Colon Cleanse Your System & Lose
Weight! 14-day Free Trial S&H $4.95
www.UltraPureCleanse.com/FreeTrial

**Dr. Oz's Acai Berry Diet**
Chosen As "2009 Diet Of The Year"
As Seen On CNN, NBC, CBS & Fox
News
www.AcaiBerryDetox.com

**Dr. Oz Resveratrol Works**
Resveratrol Works But Don't Buy Any
Before You Read Our ResV Review!
www.TopResv.com

See your message here

© 2009 Microsoft  |  Privacy  |  Legal  |  Help  |  Feedback

Web  Images  Video:  Shopping  News  Maps  More    MSN    Windows Live

Sign in  |  United States  |  Extras ▾

## Bing

"Dr. Oz"

ALL RESULTS

RELATED SEARCHES
Oprah Dr Oz
Dr Oz Diet Plan
Dr Mehmet Oz
Ask Dr Oz
Dr Oz Breakfast Drink
Dr Oz Vitamins
Dr Oz Green Drink
Dr Oz Exercise

SEARCH HISTORY
"Dr. Oz"

See all
Clear all | Turn off

---

ALL RESULTS                                                                31-40 of 88,100,000 results    Advanced

**Rezveratral Side Effects** - www.WebMD-Resveratrol.com                Sponsored sites
Warning! Want To Try Rezveratrol? Have You Considered Side Effects?

**Dr Oz's Resveratrol Pick!** - www.ResveratrolTop3.com/Dr-Oz
Dr. Oz Recommends Resveratrol Ultra  Free Trial Offer! Try it!

**Dr. Oz's Colon Cleanse** - www.UltimateColonCleanse.com
Colon Cleansing 100% FREE (Not Even S&H!) 30 Day FREE Trial! NO REBILL

**dr. oz - Jezebel**
Pedophile Rapist Gets 1 Year In Prison • Platonic Baboon Pals Perplex Scientists • Lawmakers are
calling for the removal of Judge Thomas Barfield for sentencing a man accused .
jezebel.com/tag/dr%2?-oz

**Dr. Oz's Green Drink - KOLD News 13 live, local and late breaking-**
Live, local and late breaking in Southern Arizona  KOLD News 13 for news, weather and sports
www.kold.com/Global/story.asp?S=7339603

**Dr. Mehmet Oz - Oprah's Doctor, Mehmet Oz, M.D. - Omentum, Telomeres ...**
Those interested in Dr. Oz and YOU Staying Young can visit http://www.you-staying-young.com to
learn more. Editor's note: If you have questions for Dr. Oz himself, visit http://www ...
www.ripcshop.com/2008/01/24/the-wonderful-wizard-dr-oz    Cached page

**dr oz Tag Page**
Welcome to the dr oz tag page at Technorati. This page features content from the farthest reaches
of the Blogosphere that authors have "tagged" with dr oz.
www.technorati.com/tags/dr+oz    Cached page

**Dr. Oz on Anti-Aging**
Dr. Oz from Oprah explains the effects of aging on our bodies and what can be done to slow down
aging's effects.
www.eribilenatore.com/index.asp?PageAction=Custom&II=129    Cached page

**Dr. Oz's Excuse-Busting Workout - 1 - MSN Health & Fitness - Fitness ...**
Find health information and news on diet, fitness, meal planning, pregnancy, sex, drugs
alzheimer's, adhd, asthma, allergies, cancer, heart problems, mental health, depression ..
health.msn.com/fitness/slideshow.aspx?cp-documentid=100187569    Cached page

**Chronicle Books Blog » Blog Archive » Dr. Oz, In the Flesh**
What we're reading; what we're publishing; what makes us laugh; and what excites us. It's a forum
for our authors, all of us here at Chronicle, and, especially, you our readers to ...
www.chroniclebooks.com/blog/?p=359    Cached page

**Dr. Oz Tells the Truth About Food on Oprah - Associated Content**
On the Oprah Show, Dr. Oz presented some fascinating truths about high fiber, drinking water,
calcium consumption, dietary sunscreen, stress busting omega 3 and detox diets.
www.associatedcontent.com/article/833799/dr_oz_tells_the_truth_about_food_on.html    Cached
page

**Dr. Oz: Back on Oprah: Telling it Like it Is - Associated Content**
Could you be allergic to your husbands sperm? Do you have stinky feet? Then let Dr.Oz Answer
some questions for you.
www.associatedcontent.com/article/220690/dr_oz_back_on_oprah_telling_it_like.html    Cached
page

**Dr. Mehmet Oz, A Great Presenter**
I had the pleasure of attending a presentation by Dr. Mehmet Oz. For those not familiar with him,
Dr. Oz is a heart surgeon, book author, proponent of preventative medicine, and a ...
www.marcsalexandrou.com/blog/?p=151    Cached page

**Rezveratral Side Effects** - www.WebMD-Resveratrol.com                Sponsored sites
Warning! Want To Try Rezveratrol? Have You Considered Side Effects?

**Dr Oz's Resveratrol Pick!** - www.ResveratrolTop3.com/Dr-Oz
Dr. Oz Recommends Resveratrol Ultra  Free Trial Offer! Try it!

Prev   1   2   3   4   5   6   7   8   Next

"Dr. Oz"

---

Sponsored sites

**Top Colon Cleanse Reviews**
Best 3 Colon Cleanse Reviewed by
Health Expert, Read before Buy !
Colon-Cleanse-Supplement.com

**Dr OZ**
Erase Wrinkles In Seconds. Act Fast
To Get Risk Free Trial.
www.yourownperfectface.com

**Barbara Walters Special**
Barbara Walters talks about
Resveratrol for health & long life
livesonN120.com

**"2009 Rachael Ray's Diet"**
I followed Rachael Ray's advice and
lost over 22 pounds in a month!
www.HopesDiet.com

See your message here

Web    Images    Videos    Shopping    News    Maps    More    MSN    Windows Live

Sign in  |  United States  |  Extras ▾

**Bing**    "Dr. Oz"    

ALL RESULTS

RELATED SEARCHES
Oprah Dr Oz
Dr Oz Diet Plan
Dr Mehmet Oz
Ask Dr Oz
Dr Oz Breakfast Drink
Dr Oz Vitamins
Dr Oz Green Drink
Dr Oz Exercise

SEARCH HISTORY
"Dr. Oz"

See all

Clear all · Turn off

ALL RESULTS    41-50 of 68,100,000 results    Advanced

Sponsored sites

**Dr Oz Resveratrol Warning** - www.Resveratrol-Alert.net
Thinking About Trying Resveratrol? Check This Important Message First

**Dr. Oz's #1 Acai Diet** - DrOzDiet.TheAcaiBerry-Diet.com
Featured By Dr. Oz As The #1 Diet For 2009. Now A Risk-Free Trial!

**Dr Oz's #1 Diet- Acai** - www.DrOz.4-Dieting.Info
Acai Berry Review, What Works? Plus A Tip To Lose 23% More Weight.

Natural Foods vitamins to fight cancer and heart disease...
Natural - Best Foods that fight against cancer and heart disease  Dr Oz as seen on Oprah. anti-
cancer, antiaging, skincare inside cancer prevention information...
www.cellhealthmakeover.com/foods-that-fight-cancer.html · Cached page

Executive Briefing VII -- bio: Dr. Mehmet C. Oz, M.D.
Dr Oz Photo copyright @ Discovery Communications. Dr. Mehmet C. Oz is Vice-Chair and
Professor of Surgery at Columbia University. He directs the Cardiovascular Institute and ...
www.yel2.com/apps/globalbe/shtml/e67bio_oz.html · Cached page

Biophysical | Biophysical250 | BiophysicalYou | Dr. **Oz** | Mehmet C. Oz ...
The Biophysical250 blood test uses biomarkers and advanced research to provide the most
comprehensive health assessments possible, to evaluate your health status and risk factors.
www.biophysicalcorp.com · Cached page

Most Popular Supplements
Dr. Oz sent Lisa to me six weeks ago for treatment of her severe, long-standing Fibromyalgia pain
I treated her (with the help of Dr. Andre Garabedian) at the Fibromyalgia and...
www.endfatigue.com/web-newsletters/Newsletter_vitality101_no_3.html · Cached page

Total Cleanse Body Detox : Total Cleanse Free Trial
Total Cleanse Body Detox. There's a good reason the Total Cleanse Body Detoxification Program
has received amazing reviews from Oprah, Dr. Oz, CBS News, WebMD and MSNBC
totalcleanse.net · Cached page

Dr. Oz Diet Plan -- Dr. Oz and Dr. Roizen Put You on a Diet ...
Try these tasty dinner recipes from the authors of the best-selling You: On a Diet.
www.goodhousekeeping.com/health/diet/dr-oz-diet-sep06-2 · Cached page

Dr. Oz Recommended Acai! | Health IS Life.
Okay for those of you who are Oprah lovers, you would know Dr. Oz. I love Dr. Oz he always has
so much good health information to share. He is appearing more
health4site.info/2008/02/06/dr-oz-recommended-acai · Cached page

What is an Omentum?
For her television viewers, Dr. Oz introduced the concept of the omentum, even showing both a
healthy and an overly fat omentum to people to showcase the biological importance of  .
www.wisegeek.com/what-is-an-omentum.htm · Cached page

Raw Food, Right Now! The raw food blog about the Raw Food World ...
Since Dr. Oz does not give specific amounts, here is a free green juice recipe! This is just an
example of what you could do with Dr. Oz's ingredients to make your own green drink
rawfoodrightnow.blogspot.com/2007/11/green-drinks-dr-oz-and-oprah.html · Cached page

On Oprah - Dr. Oz's Green Drink - Daytime Talk - Daytime Talk - from ...
I have gotten so many requests for the recipe for Dr. Oz's "green drink" from the "How to Turn
Back Time" episodes. Here's the recipe from Oprah.com:
daytimetalk.com/2007/11/15/on-oprah-dr-ozs-green-drink/comment-29394 · Cached page

Sponsored sites

**Dr Oz Resveratrol Warning** - www.Resveratrol-Alert.net
Thinking About Trying Resveratrol? Check This Important Message First

**Dr. Oz's #1 Acai Diet** - DrOzDiet.The-AcaiBerry-Diet.com
Featured By Dr. Oz As The #1 Diet For 2009. Now A Risk-Free Trial!

Prev    2    3    4    5    6    7    8    9    Next

"Dr. Oz"    

Sponsored sites

**Resveratrol Side Effects**
Warning! Want To Try Resveratrol?
Have You Considered Side Effects?
www.WebMD-Resveratrol.com

**Dr. Oz Recommends ResV!**
Dr. Oz Recommends Resveratrol
Ultra. Free Trial Offer! Try It
www.ResveratrolTop3.com/Dr-Oz

**Dr. Oz's Colon Cleanse**
Colon Cleansing 100% FREE (Not
Even S&H)! 30 Day FREE Trial! NO
REBILL
www.UltimateColonCleanse.com

**Dr. Oz's Acai Berry Diet**
Chosen As "2009 Diet Of The Year"
As Seen On CNN, NBC, CBS & Fox
News
www.AcaiBerryDetox.com

**Dr. Oz Resveratrol Works**
Resveratrol Works But Don't Buy Any
Before You Read Our ResV Reviews!
www.TopResv.com

See your message here

Web   Images   Videos   Shopping   News   Maps   More   MSN   Windows Live

Sign in  |  United States  |  Extras ▼

## Bing

· "Dr  Oz"

ALL RESULTS

RELATED SEARCHES
Oprah Dr Oz
Dr Oz Diet Plan
Dr Mehmet Oz
Ask Dr Oz
Dr Oz Breakfast Drink
Dr Oz Vitamins
Dr Oz Green Drink
Dr Oz Exercise

SEARCH HISTORY
"Dr. Oz"

See all

Clear all | Turn off

ALL RESULTS                                                                      51-60 of 89,100,000 results   Advanced
                                                                                                    Sponsored sites
Rezveratrol Side Effects · www.WebMD-Resveratrol.com
Warning! Want To Try Rezveratrol? Have You Considered Side Effects?

Dr. Oz Website · www.ResveratrolTop3.com/Dr-Oz
Dr. Oz Recommends Resveratrol Ultra. Free Trial Offer! Try It

Dr. Oz's Colon Cleanse · www.UltimateColonCleanse.com
Colon Cleansing 100% FREE (Not Even S&H)! 30 Day FREE Trial! NO REBILL

Ask Dr Oz
Cardiologist Dr. Mehmet Oz has had a successful television career on the The Oprah Winfrey
Show segment, Ask Dr Oz. Dr. Oz is a heart surgeon, author and previous host of the ...
www.mahalo.com/ask-dr-oz · Cached page

Welcome to my Web site
There is nothing here, look at my other pages. www.crunchgear.com/2007/11/19/help-key-how-to-
jailbreak-your-ipod-touch-with-112/ from here download 1.1.2 firmware
chrisdroz.com · Cached page

Dr. Oz's Food Hall of Shame - 1 - MSN Health & Fitness - Nutrition ...
Find health information and news on diet, fitness, meal planning, pregnancy, sex, drugs,
alzheimer's, adhd, asthma, allergies, cancer, heart problems, mental health, depression .
health.msn.com/nutrition/slideshow.aspx?cp-documentid=100170301   Cached page

Dr. Oz On Oprah - Great Anti-aging Advice
Darnit, I was out of town for the past few weeks and haven't been getting my daily Oprah fix. Guess
it's time for me to get Tivo or a DVR! I caught the end of Oprah today, and it ..
www.savvyskin.com/dr-oz-on-oprah-great-anti-aging-advice   Cached page

The Dr. Oz "MACK DADDY" Anti-Aging Checklist on Oprah featuring ...
Peel years off your life with the right nutrition! Read about Dr. Oz recommendations on Oprah.com
Download The Anti-Aging Checklist (thanks Ilene!), hang it
superfoodsuperstar.com/?p=32 · Cached page

MySpace.com - Dr. Oz - 49 - Male - NEW YORK, New York - www.myspace ...
MySpace profile for Dr. Oz with pictures, videos, personal blog, interests, information about me and
more
www.myspace.com/droz · Cached page

The Vice Busting Diet Plans I Weight Loss Made Easy
Oprah & Friends XM Radio, guest with Dr. Oz, Oprah & Friends XM Radio, guest with Bob Greene;
eDiets.com's Master Motivator, 1999-2008. Motivational Speaker, 1999-Present
www.vicebustingdiet.com   Cached page

Oz Garcia - Home Page
Oz Garcia, Ph.D., a highly regarded nutritional counselor and life extension specialist, is also the
best selling author of The Balance and Look and Feel Fabulous Forever ..
www.ozgarcia.com   Cached page

The Great and Powerful Dr. Oz
On a steamy Sunday in early August, at an hour known as church-time across certain swaths of
the U.S., the famed heart surgeon and health guru, Dr. Mehmet Oz, strutted about a ..
www.ctserver.com/2007/great-and-powerful-dr-oz · Cached page

Dr. Oz Reveals the Secrets of Food and the Human Body in the Truth ...
HealthWorld Online is the Internet's leading resource on alternative medicine, wellness, and
mind/body health, featuring the Wellness Inventory whole person assessment program, the ...
www.healthy.net/scr/news.asp?Id=9349   Cached page

                                                                                                    Sponsored sites
Rezveratrol Side Effects · www.WebMD-Resveratrol.com
Warning! Want To Try Rezveratrol? Have You Considered Side Effects?

Dr. Oz Website · www.ResveratrolTop3.com/Dr-Oz
Dr. Oz Recommends Resveratrol Ultra. Free Trial Offer! Try It

Prev   2   3   4   5 | 6 | 7   8   9   10   Next

"Dr. Oz"

Sponsored sites

Top Colon Cleanse Reviews
Best 3 Colon Cleanse Reviewed by
Health Expert, Read before Buy !
Colon-Cleanse-Supplement.com

Dr OZ
Erase Wrinkles & Look Younger.
Risk Free Trial With Acai Extract.
www.yourownperfectface.com

Barbara Walters Special
Barbara Walters talks about
Resveratrol for health & long life
liveuNET25.com

"2009 Rachael Ray's Diet"
I followed Rachael Ray's advice and
lost over 22 pounds in a month!
www.HopeaDiet.com

See your message here

© 2009 Microsoft  |  Privacy  |  Legal  ·  Help  ·  Feedback

Web  Images  Videos  Shopping  News  Maps  More  MSN  Windows Live

Sign in | United States | Extras ▾

**Bing**          "Dr. Oz"

ALL RESULTS

RELATED SEARCHES
Oprah Dr Oz
Dr Oz Diet Plan
Dr Menmet Oz
Ask Dr Oz
Dr Oz Breakfast Drink
Dr Oz Vitamins
Dr Oz Green Drink
Dr Oz Exercise

SEARCH HISTORY
"Dr. Oz"

See all

Clear all | Turn off

ALL RESULTS

**Dr Oz Resveratrol Warning** · www.Resveratrol-Alert.net    Sponsored sites
Thinking About Trying Resveratrol? Check This Important Message First.

**Dr. Oz's #1 Acai Diet** - DrOzDiet.The-AcaiBerry-Diet.com
Featured By Dr. Oz As The #1 Diet For 2009. Now A Risk-Free Trial!

**Dr Oz's #1 Diet- Acai** - www.DrOz.A-Dieting.Info
Acai Berry Review, What Works? Plus A Tip To Lose 23% More Weight

**Dr. Oz**
MyFox New York is the official web site for Fox 5 News WNYW. Your source for local news, weather, and sports. Subindex_Default
www.myfoxny.com/subindex/health/Dr_Oz · Cached page

**Dr. Oz - Oprah - Anti Aging Tips and Green Drinks | Observation ...**
Dr. Oz visits Oprah on Oprah.com and discusses the effects of stress on aging, plus shares his anti aging tips plus his green drink
observationmountain.com/dr-oz-oprah-anti-aging-tips-and-green-drinks · Cached page

**Weight Loss Plans - Awaken the Diet Within!**
Weight Loss Plans Endorsed by Oprah's Dr Oz. Diet and weight loss plans made easy. Diet Within and Get Thin Without with my friend Julia Haveyf - Mark Victor Hansen.
www.juliahavey.com · Cached page

**Ask Dr. Oz: Why Am I Fatter When I'm Stressed?**
By Mehmet C. Oz, M.D. Because your body thinks you're about to starve. Thousands of years ago, hunger was a caveman's primary source of anxiety.
men.webmd.com/feature/ask-dr-oz-why-fatter-when-stressed   Cached page

**Dr. Oz Diet | Weight Loss Plan | Diet Plan**
Dr. Oz diet endorsed weight loss diet plan with Dr. Oz approval. Start weight loss with this healthy diet plan from Julia Havey
drozdietplan.net · Cached page

**Dr Oz Diet Tip – Don't do this or you'll gain a lot of weight**
First I just want to say I love Dr Oz. He rocks! However, I just heard Dr Oz, a frequent contributor on Oprah, give some pretty dubious advice on weight loss.
www.celebritydietdoctor.com/dr-oz-diet-tip-dont-do-this-or-youll-gain-a-lot-of-weight · Cached page

**Dr Oz Miracle - Privacy Policy**
My name is Sarah Johnson and I'm a mother of three beautiful children. I have been trying to lose weight for a long time and nothing ever worked for me.
www.drozmiracle.com/sitemap.html · Cached page

**Amazon.com: dr oz**
A community about dr oz. Tag and discover new products. Share your images and discuss your questions with dr oz experts.
www.amazon.com/tag/dr%20oz · Cached page

**Home**
Welcome to Droz & Associates. Ronald T. Droz, Psy.D., Clinical Psychologist. Blake D. Barton, M.D., Psychiatrist. OFFICE LOCATION: 4707 Central Avenue
drozandassociates.com · Cached page

**HealthCorps**
Dr. Oz Welcome Message ... By giving students, parents, and community members the necessary tools to surround ...
www.healthcorps.net · Cached page

**Dr Oz Resveratrol Warning** - www.Resveratrol-Alert.net    Sponsored sites
Thinking About Trying Resveratrol? Check This Important Message First.

**Dr. Oz's #1 Acai Diet** - DrOzDiet.The-AcaiBerry-Diet.com
Featured By Dr. Oz As The #1 Diet For 2009. Now A Risk-Free Trial!

Prev   3   4   5   6   7   8   9   10   11   Next

"Dr. Oz"

81,170 of 88,100,000 results   Advanced

Sponsored sites

**Resveratrol Side Effects**
Warning! Want To Try Resveratrol? Have You Considered Side Effects?
www.WebMD-Resveratrol.com

**Dr. Oz Recommends ResVi**
Dr. Oz Recommends Resveratrol Ultra. Free Trial Offer! Try It
www.ResveratrolTop3.com/Dr-Oz

**Dr. Oz's Colon Cleanse**
Colon Cleansing 100% FREE (Not Even S&H)! 30 Day FREE Trial! NO REBILL
www.UltimateColonCleanse.com

**Dr. Oz's Acai Berry Diet**
Chosen As "2009 Diet Of The Year" As Seen On CNN, NBC, CBS & Fox News
www.AcaiBerryDetox.com

**Dr. Oz Works**
Resveratrol Works But Don't Buy Any Before You Read Our ResV Reviews!
www.TopResv.com

See your message here

© 2009 Microsoft  |  Privacy  ·  Legal  ·  Help  ·  Feedback

Web   Images   Videos   Shopping   News   Maps   More    MSN    Windows Live

Sign in   |   United States   |   Extras ▾

Bing          "Dr. Oz"

ALL RESULTS

RELATED SEARCHES
Oprah Dr Oz
Dr Oz Diet Plan
Dr Mehmet Oz
Ask Dr Oz
Dr Oz Breakfast Drink
Dr Oz Vitamins
Dr Oz Green Drink
Dr Oz Exercise

SEARCH HISTORY
"Dr. Oz"

See all

Clear all | Turn off

ALL RESULTS                                                    71-80 of 88,100,000 results    Advanced

Sponsored sites

**Rezveratrol Side Effects** - www.WebMD-Resveratrol.com
Warning! Want To Try Rezveratrol? Have You Considered Side Effects?

**Dr. Oz Recommends ResV!** - www.ResveratrolTop3.com/Dr-Oz
Dr. Oz Recommends Resveratrol Ultra. Free Trial Offer! Try It

**Dr. Oz's Colon Cleanse** - www.UltimateColonCleanse.com
Colon Cleansing 100% FREE (Not Even S&H)! 30 Day FREE Trial! NO REBILL

**Dr. Oz YOU On A Diet - Diet Review**
YOU on a Diet is probably one of the most exciting lifestyle programs to hit the market in recent memory. Dr. Mehmet Oz, Oprah's favorite doctor, offers a realistic approach to .
www.dietshreview.com/diets/Dr_Oz_YOU_On_A_Diet · Cached page

**Dr Oz**
Dr Oz - Dr Roizen - YOU ON A DIET, back to healthread back to diet page: Dr Mehmet Oz is a cardiologist. Dr Michael Roizen is well known ...
healthread.net/oz-you-on-a-diet.htm · Cached page

**Dr. Oz**
FOR IMMEDIATE RELEASE HARPO PRODUCTIONS AND SONY PICTURES TELEVISION ANNOUNCE AGREEMENT TO LAUNCH DR. OZ — Much-anticipated new syndicated series to debut Fall 2009
droziv.com · Cached page

**Amazon.com: YOU: Being Beautiful: The Owner's Manual to Inner and ...**
Dr. Roizen and Dr. Oz act as tour guides navigating the tricky but exciting terrain of today's beauty industry. YOU: Being Beautiful is your all-inclusive ticket into the world ...
www.amazon.com/YOU-Beautiful-Owners-Manual-Beauty/dp/1416572341 · Cached page

**Surgeons in the News, "Second Opinion with Dr. Oz" Premieres on ...**
Dr. Oz gives the facts about key areas of sexuality and reproduction, including sexual desire and dysfunction, contraception, infertility and differences between men and women.
www.columbiasurgery.org/news/newsmakers/2005_discovery_ap.html#Sex · Cached page

**Dr. Oz and Acai | Acai Berry | Acai Fruit | Acai Antioxidants | News**
Nationally renowned surgeon and award-winning author, Dr. Oz, says people should eat about five servings of antioxidant-rich foods a day.
www.acaibowamonline.com/dr-oz-and-acai · Cached page

**Dr. Oz & Oprah Winfrey & Pheromones | Pheromones Information**
On Monday, January 8, 2007, the Oprah Winfrey Show aired a segment titled, Dr. Oz Answers Your Most Embarrassing Questions. During the show questions about
www.attractomance.com/blog/archives/30 · Cached page

**Dr. Oz Diet, Health and Weight Loss**
He's America's favorite doctor, and a regular on the Oprah show - Dr. Oz is helping people be more conscious about their overall health. His book, YOU: On a Diet, is a ...
www.dietshreview.com/topics/dr-oz · Cached page

**Oprah & Dr. Oz**
Did anyone else see the Oprah show with Dr. Oz? It aired last week. For those of you who missed it, Dr. Oz said that walking 10,000 steps a day, cutting 100 calories out of our ...
calorlecount about comforoprah-dr-oz-517975 · Cached page

**Jezebel - Dreams Do Come True: Dr. Oz Explains Acne On Oprah - dr ...**
Remember how earlier today we were obsessing about pimples and we wondered why Dr. Oz and Oprah haven't covered it yet? Well, right as we were posting that, today's episode of ...
jezebel.com/5083623/dreams-do-come-true-dr-oz-explains-acne-on-oprah

Sponsored sites

**Rezveratrol Side Effects** - www.WebMD-Resveratrol.com
Warning! Want To Try Rezveratrol? Have You Considered Side Effects?

**Dr. Oz Recommends ResV!** - www.ResveratrolTop3.com/Dr-Oz
Dr. Oz Recommends Resveratrol Ultra. Free Trial Offer! Try It

Prev    4    5    6    7    8    9    10    11    12    Next

"Dr. Oz"

Sponsored sites

**Top Colon Cleanse Reviews**
Best 3 Colon Cleanse Reviewed by Health Expert. Read before Buy !
Colon-Cleanse-Supplement.com

**Dr OZ**
Erase Wrinkles In Seconds. Act Fast To Get Risk Free Trial
www.yourownperfectface.com

**Barbara Walters Special**
Barbara Walters talks about Resveratrol for health & long life
liveunit125.com

**"2009 Rachael Ray's Diet"**
I followed Rachael Ray's advice and lost over 22 pounds in a month!
www.HopesDiet.com

See your message here

Web  Images  Videos  Shopping  News  Maps  More    MSN    Windows Live                          Sign in  :  United States  |  Extras ▾

Bing            "Dr. Oz"                              🔍

ALL RESULTS          ALL RESULTS                          1 - 60 of 68,100,000 results  Advanced       Sponsored sites

RELATED SEARCHES      **Dr Oz Resveratrol Warning** - www.Resveratrol-Alert.net         Sponsored sites   **Resveratrol Side Effects**
Oprah Dr Oz          Thinking About Trying Resveratrol? Check This Important Message First.            Warning! Want To Try Resveratrol?
Dr Oz Diet Plan                                                                                        Have You Considered Side Effects?
Dr Mehmet Oz         **Dr. Oz's #1 Acai Diet** - DrOzDiet.The-AcaiBerry-Diet.com                       www.WebMD-Resveratrol.com
Ask Dr Oz            Featured By Dr. Oz As The #1 Diet For 2009. Now A Risk-Free Trial!
Dr Oz Vitamins                                                                                         **Dr. Oz Website**
Dr Oz Breakfast Drink **Dr Oz's #1 Diet- Acai** - www.DrOz.4-Dieting.Info                              Dr. Oz Recommends Resveratrol
Dr Oz Green Drink    Acai Berry Review, What Works? Plus A Tip To Lose 33% More Weight.                Ultra. Free Trial Offer! Try It
Dr Oz Exercise                                                                                         www.ResveratrolTop9.com/Dr Oz

SEARCH HISTORY       **Oprah's poop report | PoopReport.com**                                          **Dr. Oz's Colon Cleanse**
"Dr. Oz"             Dr. Oz gave answers to those questions in easy-to-understand language and also used several   Colon Cleansing 100% FREE (Not
                     animations in order to help viewers "see" how poop is made and how things are supposed ...   Even S&H)! 30 Day FREE Trial! NO
Save all             www.poopreport.com/83/newsaw/oprahs_poop_report.html  Cached page                REBILL.
Clear all | Turn off                                                                                   www.UltimateColonCleanse.com

                     **Dr Oz Diet | Weight Loss Plan | Dr. Oz Weight Loss Diet Plan**                  **2009 Diet Of The Year**
                     Dr Oz diet endorsed weight loss diet plan is Dr, Oz approved. Start weight loss with this healthy   Lose Weight & Clean your Body  As
                     diet plan today.                                                                  Seen On CNN, NBC, CBS & Fox-
                     www.juliaharvey.com/events/ms_donations.aspx  Cached page                          News
                                                                                                        DrOz.AcaiBerryDetox.com
                     **Dare to Start Dr. Oz's Diet | LIVESTRONG.COM**
                     Start Dr  Oz's Diet. Start Dr. Oz's Diet to lose up to a dress size in just 10 days  Dr  Oz's Diet   **Dr. Oz Resveratrol Works**
                     encourages eating food from the perimeter of the grocery store and avoiding..    Resveratrol Works But Don't Buy Any
                     www.livestrong.com/dare/#158-start-dr-oz's-diet  Cached page                       Before You Read Our ResV Reviews!
                                                                                                        www.TopResv.com
                     **Colon Cleanse Parasites and Fecal Matter**
                     According to Dr  OZ on the Oprah Winfrey show, Parasites are incredibly common, and are NOT   See your message here
                     just found in children  Dr. OZ who regularly appear on the Oprah Winfrey show says: " 90 ...
                     www.coloncleanse.ws

                     **Dr. Oz Green Drink Recipe**
                     Dr. Oz Green Drink Recipe - 2 apples, cored • 2 big handfuls of spinach • 1/2 cup of chopped
                     parsley • 1 celery stick, chopped
                     juicers-and-smoothies.com/dr-oz-green-drink-recipe  Cached page

                     **Eric Droz Photography**
                     Our Hearts Are Strong And We Still Remain Land Of The Free Home Of The Brave
                     ericdrozphotography.com  Cached page

                     **DR Oz Recipes - Dogpile Web Search**
                     Find DR Oz Recipes websites, images, videos, news and more. Get all the best search engines
                     piled into one on Dogpile.com
                     www.dogpile.com/dogpile_htag/ws/redd/qcat=Web/local/a/avancegikw=DR Oz Recipes/dog
                     Cached page

                     **Mehmet Oz (dr_oz) on Twitter**
                     Hey there! dr_oz is using Twitter. Twitter is a free service that lets you keep in touch with people
                     through the exchange of quick, frequent answers to one simple question. What
                     twitter.com/dr_oz  Cached page

                     **WikiAnswers - How did Dr OZ cleaned sinus cavities**
                     Health question: How did Dr OZ cleaned sinus cavities? Mr. Neti Pot Can Cleanse Sinuses
                     Good 'ol Dr. Oz.. I was unable to find the episode about sinuses on Oprah's site, but did ...
                     wiki.answers.com/Q/How_did_Dr_OZ_cleaned_sinus_cavities  Cached page

                     **Dr. Oz and 330 Men Take Over The Oprah Winfrey Show - Oprah.com**
                     Since so many men are embarrassed to go to the doctor, Dr  Oz is conducting a private forum for
                     the 330 men in the audience.
                     www.cdn.oprah.com/slideshow/oprahshow/slideshow1_ss_oz_200710001_350  Cached page

                     **Dr Oz Resveratrol Warning** - www.Resveratrol-Alert.net          Sponsored sites
                     Thinking About Trying Resveratrol? Check This Important Message First

                     **Dr. Oz's #1 Acai Diet** - DrOzDiet.The-AcaiBerry-Diet.com
                     Featured By Dr. Oz As The #1 Diet For 2009. Now A Risk-Free Trial!

                     Prev   5   6   7   8  | 9 |  10   11   12   13   Next

                     "Dr. Oz"                              🔍

                                                                                          © 2009 Microsoft  |  Privacy   Legal   Help   Feedback

Web   Images   Videos   Shopping   News   Maps   More   MSN   Windows Live

Sign in | United States | Extras ▾

## Bing

"Dr. Oz"



**ALL RESULTS**

**RELATED SEARCHES**
Oprah Dr Oz
Dr Oz Diet Plan
Dr Mehmet Oz
Ask Dr Oz
Dr Oz Breakfast Drink
Dr Oz Vitamins
Dr Oz Green Drink
Dr Oz Exercise

**SEARCH HISTORY**
"Dr. Oz"

See all

Clear all | Turn off

ALL RESULTS                                                91-100 of 88,100,000 results   Advanced

Sponsored sites

Rezveratrol Side Effects - www.WebMD-Resveratrol.com
Warning! Want To Try Rezveratrol? Have You Considered Side Effects?

Dr. Oz Website - www.ResveratrolTop3.com/Dr-Oz
Dr. Oz Recommends Resveratrol Ultra. Free Trial Offer! Try It

Dr. Oz's Colon Cleanse - www.UltraPureCleanse.com/FreeTrial
Colon Cleanse Your System & Lose Weight! 14-day Free Trial S&H $4.95

### What men should eat every day - CNN.com
Dr. Oz suggests 24 ounces of coffee a day is a rational amount for one person, 11  The calcium in milk is obviously good for bones — any man with a mother has heard that one.
www.cnn.com/2007/LIVING/personal/08/23/o.men.eat/index.html · Cached page

### dr. oz I boost metabolism
dr. oz and 11 foods to boost metabolism ... Just Put In Your First Name and Email Above, Click Submit and Check Your Email
tmsfitness.com/nutrition/dr-ozs-lays-out-11-foods-men-should-eat-every-day · Cached page

### Oprah auctions Dr. Oz show - Entertainment News, TV News, Media ...
Oprah is hoping that Oz will prove a wizard in syndication .TV News, news from the entertainment source' Variety.Oprah auctions Dr. Oz show.
www.variety.com/article/VR1117993809.html?categoryid=14&cs=1  Cached page

### Raw Foods - Oprah and Dr. Oz I The Cravings Coach
I missed the show, but I understand that Dr. Oz and Oprah discussed forced cleanses versus eating a raw food diet. Dr. Oz demonstrated and summarized how
thecravingscoach.com/blog/raw-foods-oprah-and-dr-oz  Cached page

### Oasis Hot Tub & Sauna - Health Benefits
Dr. OZ Says... Dr. Mehmet Oz is a highly respected cardiothoracic surgeon and author. He became famous for his frequent appearances on the Oprah Winfrey Show
www.hotspas.com/sauna_dr_OZ.shtml  Cached page

### Drozda Dreams, Inspirational Art
Susan Drozda paints images in which one can sense a fulfillment of life, not supernaturally draped over it, but a peace that comes from belonging to each other
drozdadreams.com  Cached page

### Weigh Pros And Cons Of Dr. Oz's Diet I LIVESTRONG.COM
Weigh Pros And Cons Of Dr. Oz's Diet  When youre weighing the pros and cons of Dr. Ozs Diet you'll want to consider the good aspects before thinking about the drawbacks. One of the ..
www.livestrong.com/article/6594-weigh-pros-cons-dr-oz-s  Cached page

### The Droz Group
Lantern Bay Travel - All your Mexico, South Pacific, Europe and Hawaii Travel Needs!!!
www.thedrozgroup.com  Cached page

### YouTube - Dr. Oz to Oprah and Michael J Fox: "The stem cell debate is ...
Science Matters #1: Dr. Oz explains to Oprah and Michael J  Fox why embryonic stem cell research is dangerous and won't cure Parkinson's, but Induced Pluripotent Stem Cell research ..
www.youtube.com/watch?v=xDFJOzu8SyM  Cached page

### MySpace.com - Dr. Oz - 17 - Male - That One With The Rock, Colorado ...
MySpace profile for Dr Oz with pictures, videos, personal blog, interests, information about me and more
www.myspace.com/dr_oz · Cached page

Sponsored sites

Rezveratrol Side Effects - www.WebMD-Resveratrol.com
Warning! Want To Try Rezveratrol? Have You Considered Side Effects?

Dr. Oz Website - www.ResveratrolTop3.com/Dr-Oz
Dr. Oz Recommends Resveratrol Ultra. Free Trial Offer! Try It

Prev   6   7   8   9   **10**   11   12   13   14   Next

"Dr. Oz"

**Sponsored sites**

**Best 3 Colon Cleanse**
Best 3 Colon Cleanse Help you Easy
Weight Loss. Claim Free Trials Now!
Colon-Cleanse-Supplement.com

**Dr OZ**
Erase Wrinkles & Look Younger,
Risk Free Trial With Acai Extract.
www.youreownperfectface.com

**Barbara Walters Special**
Barbara Walters talks about
Resveratrol for health & long life
livaun0125.com

**"2009 Rachael Ray's Diet"**
I followed Rachael Ray's advice and
lost over 22 pounds in a month!
www.HopesDiet.com

See your message here

Yahoo!  My Yahoo!  Mail    Welcome, Guest [Sign In]  Help

Web ¦ Images ¦ Video ¦ Local ¦ Shopping ¦ more

"Dr. Oz"                    **Search**    Options    Customize

1 - 10 of 4,810,000 for "Dr. Oz" (About) - 0.07 s ¦      SearchScan[BETA] On

**Also try: dr oz resveratrol,  dr oz diet,  oprah dr oz,  More...**

SPONSOR RESULTS

**Search Pad** BETA

SPONSOR RESULTS

## Resveratrol Exposed ?
Thinking about Take Resveratrol ? Read our Expert Review Before Buy.
**Resveratrol-Anti-Aging-Review.com**

## Dr.Oz Astonishing Diet 2009
Look 20 lbs Thinner before Summer. Start Now & See Results in 7 Days.
dr.ozdiet.com/free-trials

## Dr Oz. Recommended Resveratrol
Slow aging with Resveratrol Ultra. Harness the power of red wine.
ResveratrolUltra.com

## Dr. Oz's #1 Acai Berry Diet for 2009
Featured By Dr. Oz As The #1 Diet Of The Year! Now A Risk-Free Trial.
DrOzDiet.The-AcaiBerry-Diet.com

## Health News and Advice from America's Doctor - Dr. Oz - Oprah.com
**Dr. Oz** wants to get you in the best shape of your life from the inside out. ... **Dr. Oz** is vice-chair and professor of surgery at Columbia University. ...
www.oprah.com/contributor/health/droz - Cached

## Oprah.com - Live Your Best Life - Oprah.com
Official site for Oprah Winfrey, including The Oprah Winfrey Show, O Magazine, Oprah's Book Club, Oprah & Friends Radio, and Oprah's Angel Network. Watch Oprah ...
www.oprah.com - Cached

## Dr. Oz : Discovery Health
Dedicated to Dr. Mehmet Oz and his many endeavors, including his YOU books, Oprah appearances, and other books on healthy living.
health.discovery.com/fansites/dr-oz/dr-oz.html - 50k - Cached

### Diet Doctor : Dr Oz Fansites : Discovery Health
... to start a diet program? Come visit with **Dr. Oz**, a renowned diet expert who wants to help ... **Dr. Oz**. Dr. Peeke: Could You Survive? Mystery Diagnosis. Nathan ...
health.discovery.com/fansites/droz/droz.html - Cached

## Mehmet Oz - Wikipedia, the free encyclopedia
Biography | Criticism | Author | Books and publications
Mehmet C. **Oz** is a Turkish-American cardiothoracic surgeon, and author. He has made frequent appearances on The Oprah Winfrey Show, as well as appearances on Larry King, CNN, and other networks.
en.wikipedia.org/wiki/Mehmet_Oz - Cached



## Dr. Oz Reveals the Ultimate Checklist for Great Aging - Oprah Show Recap
**Dr. Oz** joined Oprah to share his anti-aging checklist with tips that will help everyone look and feel younger. ... **Dr. Oz's** Anti-Aging List for the Fridge and Pantry: ...
oprah.about.com/od/february2008/p/agingchecklist.htm - Cached

## Dr Oz - Dr Roizen - YOU ON A DIET
**Dr Oz** seems to stay away from explaining how the digestive tract works. ... DR OZ --- reduce daily intake calories by no more than 100 calories a day ...
healthread.net/oz-you-on-a-diet.htm - Cached

## Dr. Oz New Acai Diet
Lose Weight, Flush Toxins and more w/ Acai Berry As Seen On The Show.
www.AcaiFruitReviewed.com

## Dr. Oz & Acai Berry Diet
See Why Dr Oz Recommends Acai Berry Diet for Quick & Easy Weight Loss.
wwwAcaiBerryDiet.com

## Try Dr Oz's #1 Diet Free
Dr. Oz Recommended Diet. Learn The 'Secret' To Lose 23% More Weight.
www.droz.4-dieting.info

## After 34 Tests. Our Top 8 Resv Picks
See Dr Oz/Oprah Video On Resveratrol. Top 8 Free Trial Offers.
RezV-FREE.com

## "Dr. Oz Diet" - Power Colon Cleanse
Recommended by Oprah & Dr. Oz! Power Colon Cleanse - Free Trial Today.
www.FreePowerCleanse.com

## MRSA Warning from Dr Oz
Prevent spread of staph infection. StaphAseptic kills MRSA Super Bug.
StaphAseptic.com

See your message here...

Live Life to the Youngest with RealAge
Take the RealAge Test for a personalized plan to help you eat ... THE YOU DOCS. Hear
**Dr. Oz** on Oprah & Friends. Check show times. Tune in to Dr. Roizen's ...
www.realage.com - 71k - Cached

## Dr Oz Colon Cleanse - Doctor Mehmet Oz's Thoughts on Colon Cleansing ...
If you had **Dr. Oz**, one of the world's foremost doctors cornered at a party, what would you
ask him? ... HOME " Features " Ask **Dr. Oz** ...
www.esquire.com/features/ask-dr-oz/droz1007 - 55k - Cached

## Dr Oz Puts "YOU: On a Diet"
Oprah's got a new diet plan. Does the **Dr Oz** plan for "waist management" work? ... Never
heard of **Dr. Oz** or watch Oprah, but actually, this is the basic way to ...
hubpages.com/hub/Dr_Oz_Diet - Cached

**SPONSOR RESULTS**

## Dr. Oz New Acai Diet
Lose Weight, Flush Toxins and more w/ Acai Berry As Seen On The Show.
www.AcaiFruitReviewed.com

## Dr. Oz & Acai Berry Diet
See Why Dr Oz Recommends Acai Berry Diet for Quick & Easy Weight Loss.
wwwAcaiBerryDiet.com

**Also try: dr oz resveratrol, dr oz diet, oprah dr oz, More...**

**1**   2   3   4   5   6   7   8   9   10   11   Next >

| "Dr. Oz" | Search |

© 2009 Yahoo!  Privacy / Legal - Submit Your Site   SearchScan^BETA displays McAfee alerts optimal for the Yahoo! Search user and does not include all McAfee SiteAdvisor red ratings

Yahoo! My Yahoo! Mail    Welcome, Guest (Sign In) Help

Web | Images | Video | Local | Shopping | more

"Dr. Oz"     [Search]    Options    Customize

11 - 20 of 4,780,000 for "Dr. Oz" (About) - 0 26 s |     SearchScan[BETA] On

**Also try: dr oz resveratrol, dr oz diet, oprah dr oz, More...**

Search Pad BETA

SPONSOR RESULTS

SPONSOR RESULTS

Try Dr Oz's #1 Diet Free
**Dr. Oz** Recommended Diet. Learn The 'Secret' To Lose 23% More Weight.
www.**droz.4-dieting.info**

Dr. Oz Diet - Power Colon Cleanse
By Oprah & **Dr. Oz**! Power Colon Cleanse - Get Your Free Trial Today.
www.**FreePowerCleanse.com**

After 34 Tests, Our Top 8 Resv Picks
See Dr Oz/Oprah Video On Resveratrol. Top 8 Free Trial Offers.
RezV-FREE.com

Dr. Oz's Free Test
Millions have already taken **Dr. Oz's** free test. What's your RealAge?
RealAge.com

The YOU Docs Home
The RealAge doctors offer tools and advice to help you look ... Look, Feel, and Be ... Kick
the Smoking Habit for Good with the Docs' Plan. Get the Support ...
www.realage.com/ct/the-you-docs - 50k - Cached

Dr Oz on Vitamins - Ask **Dr Oz** Health Questions - Esquire
If you had one of the world's foremost medical professionals cornered at a party, what
would you ask him? ... HOME " Features " Ask **Dr. Oz** ...
www.esquire.com/features/ask-dr-oz/dr-oz-0308 - 52k - Cached

Mehmet C. Oz, MD, FACS - Department of Surgery
Site Navigation. Mehmet C. Oz, MD, FACS. Positions and Appointments. 2001-present ...
NewYork-Presbyterian Hospital/Columbia University Medical Center, New York, NY ...
asp.cumc.columbia.edu/facdb/profile_list.asp?uni=mco2&DepAffil=Surgery - Cached

Dr. Mehmet Oz | The Colbert Report | Comedy Central
Dr. Mehmet Oz explains the more sex you have, the longer your life expectancy.
www.comedycentral.com/colbertreport/videos.jhtml?videoId=167614

MySpace.com - **Dr. Oz** - 49 - Male - NEW YORK, New York -
www.myspace.com ...
MySpace profile for **Dr. Oz** with pictures, videos, personal blog, interests, information about
me and more ... **Dr. Oz** is a cardiothoracic surgeon, author. ...
www.myspace.com/droz - 99k - Cached

Dr. Oz YOU On A Diet - Diet Review
YOU On a Diet is probably one of the most exciting lifestyle programs to hit the ... **Dr. Oz**
Suggests Calorie Restriction Prolongs Life ...
www.dietsinreview.com/diets/Dr_Oz_YOU_On_A_Diet - 65k - Cached

Amazon.com: dr oz
A community about **dr oz**. Tag and discover new products. ... **dr oz**. Home Products (16)
Discussions (1) Lists & Guides (3) Images Contributors (59) ...
amazon.com/tag/dr oz/ref=tag_rss_rs_itdp_item_at?_encoding=UTF8&... - 288k - Cached

Dr. Mehmet Oz, Heart Surgeon with a Big Heart
The oldest English language Turkish publication in the United States since 1989. ... By any
standard, **Dr. Oz** leads a very busy and productive life. ...
www.theturkishtimes.com/archive/03/0503/f-oz.html - Cached

**Dr Oz Colon Cleansing**
**Dr oz** colon cleansing. Detox Your
Colon Parasite Toxins.
ColonCancer.bz

**Dr. Oz Acai & Colon
Cleanse "Alert" ® ?**
100% Real Review of **Dr Oz** Acai.
Know the Top 3 Most Trusted Acai
Now.
www.AcaiBerryDietBenefits.com

**Resveratrol Dr Oz**
Amazing Antiaging RezV as Seen
on 60 Minutes. Free Trial. Act Now.
www.RezvFreeOffer.com

**2 Rules For A Flat Stomach**
I Followed 2 Rules & Lost My Belly
Without Exercise Or Diet. Read
How.
www.KellysWeightLossDiary.
com

**Dr. Oz's Acai Berry Diet**
Chosen As "2009 Diet Of The
Year" As Seen On CNN, NBC,
CBS & Fox News.
www.AcaiBerryDetox.com

**Oprahs Diet Worked for Me**
I lost 33 pounds in time for my
wedding with this 2 step diet
system.
www.DaniellesDiet.com

See your message here...

Dr. Mehmet Oz: Global Medicine - 2 - Life Extension
As one of the world's most accomplished cardiac surgeons, **Dr. Oz** is taking his
visionary medical knowledge to teach people how to use natural methods to live ...
www.**lef**.org/magazine/mag2008/sep2008_**Dr**-Mehmet-**Oz**_02.htm - 51k - Cached

How to Ban Prohibited Foods for **Dr Oz's** You on A Diet
How to article - how to ban prohibited foods for **dr. oz's** you on a diet. **Dr. Oz's** You on a
Diet is a bestselling diet plan focused on natural, wholesome and...
www.ehow.com/how_2288071_ban-prohibited-foods-dr-ozs.html

**SPONSOR RESULTS**

**Dr Oz** Colon Cleansing
**Dr oz** colon cleansing. Detox Your Colon Parasite Toxins.
**ColonCancer.bz**

**Dr. Oz** Acai & Colon Cleanse "Alert" ® ?
100% Real Review of **Dr. Oz** Acai. Know the Top 3 Most Trusted Acai Now.
www.**AcaiBerryDietBenefits.com**

**Also try:** dr oz resveratrol,  dr oz diet,  oprah dr oz,  More...

< Prev    1    **2**    3    4    5    6    7    8    9    10    11    Next >

| "Dr. Oz" | Search |
|---|---|

© 2009 Yahoo!    Privacy / Legal - Submit Your Site    SearchScan^BETA displays McAfee alerts optimal for the Yahoo! Search user and does not include all McAfee SiteAdvisor
red ratings

Yahoo! | My Yahoo! | Mail    Welcome, Guest [Sign In] Help

Web | Images | Video | Local | Shopping | more

"Dr. Oz"    **Search**    Options    Customize

21 - 30 of 4,780,000 for "Dr. Oz" (About) - 0.38 s |    SearchScan<sup>BETA</sup> On

**Also try: <u>dr oz resveratrol</u>, <u>dr oz diet</u>, <u>oprah dr oz</u>, <u>More...</u>**

Search Pad BETA

SPONSOR RESULTS

SPONSOR RESULTS

## Resveratrol **Dr Oz**
Amazing Antiaging RezV as Seen on 60 Minutes. Free Trial. Act Now.
www.RezvFreeOffer.com

## 2 Rules For A Flat Stomach
I Followed 2 Rules & Lost My Belly Without Exercise Or Diet. Read How.
www.KellysWeightLossDiary.com

## **Dr. Oz's** Acai Berry Diet
Chosen As "2009 Diet Of The Year" As Seen On CNN, NBC, CBS & Fox News.
www.AcaiBerryDetox.com

## Oprahs Diet Worked for Me
I lost 33 pounds in time for my wedding with this 2 step diet system.
www.DaniellesDiet.com

## YouTube - Dr. Mehmet Oz -Healthy Tip
**Dr. Oz** speaks about a Healthy Waist. **Dr. Oz** will be
appearing LIVE in Toronto at the Direct Energy ... **dr.oz**
oprah healthy kids body mothers parents families ...
www.youtube.com/watch?v=60uPoA6JB3g - 99k - Cached



## YOU: Being Beautiful Review | **Dr. Oz**
**Dr. Oz** and Dr. Roizen will inspire you to feel, look and be more beautiful with YOU: Being
Beautiful - a holistic approach to health and beauty.
www.dietsinreview.com/diets/you-being-beautiful - 54k - Cached

## **dr oz:** Information from Answers.com
Dr Bronner's Bronners Bar Soap Peppermint 5 oz Dr. Bronner's Peppermint Pure-Castile
Soap is our most popular variety ... **dr oz.** Shopping.com: **dr oz.** Home > ...
www.answers.com/topic/dr-oz - Cached

## **Dr. Oz** Recommends Resveratrol on Oprah
"The Life-Extending Supplement **Dr. Oz** Wants to Tell You About" Oprah, 3/24/09 ... **Dr. Oz,**
Oprah, and Dr. Perricone, have all raved about reveratrol. ...
www.recommendsit.com - Cached

## Dr. Mehmet Oz: Global Medicine - Life Extension
As one of the world's most accomplished cardiac surgeons, **Dr. Oz** is taking his
visionary medical knowledge to teach people how to use natural methods to live ...
www.lef.org/magazine/mag2008/sep2008_Dr-Mehmet-Oz_01.htm - Cached

## **Dr Oz** Resveratrol Research on Oprah Show - Why Resveratrol? **Dr Oz's** ...
**Dr Oz** Resveratrol Research on Oprah Show - Why Resveratrol? **Dr Oz's** View on
Winfrey's Show ... Best Anti Wrinkle Cream Review - Revealed by **Dr Oz** on Oprah's
Show ...
ezinearticles.com/...?-Dr-Ozs-View-on-Winfreys-Show&id=2232592 - 56k - Cached

### Dr Mehmet Oz on Oprah - Colon Cleansing Tips From **Dr Oz**
Following the colon cleansing tips from **Dr.** Oz will result in better health for anyone
who does. ... **Dr Oz's** Tips on 'Oprah' to Bring Poop Frequency to a Normal Level ...
ezinearticles.com/?Dr-Mehmet-Oz-on-Oprah---Colon-Cleansing-Tips-From-Dr-Oz...
- 54k - Cached

## <u>Girl Loses 15Lbs In 15 Days</u>
Featured Story: Kelly Discovered A
Home Diet That Is Free And
Works.
www.kellysdietdiary.com

## <u>Acai Berry Colon Cleanse -</u>
<u>Warning...</u>
Warning! Want To Use Acai Berry?
Do Not Use. Read This Warning.
www.AcaiHollywood.com

## <u>Doubleday Book Club</u>
Get 5 Books For 99¢ When You.
Join. Plus No Automatic
Shipments.
www.DoubledayBookClub.com

## <u>You Dr Oz at Amazon</u>
Low prices on You Dr Oz. Qualified
orders over $25 ship free.
Amazon.com

## **Dr Oz**
ShoppingDeals on Health Products
dr oz At Low Prices.
shopping.yahoo.com

## **Dr. Oz**
Best Brand Name Catalogs at
CatalogLink.
www.CatalogLink.com

<u>See your message here...</u>

## Mehmet Oz - Mahalo
Beginning in September 2009, **Dr. Oz** will host a... The New York Observer: The Great and
Powerful **Dr. Oz** ... .com: Oprah Favorite **Dr. Oz** Offers 10 Healthy ...
www.**mahalo**.com/Mehmet_Oz - 178k - Cached

## DR-OZ definition | Dictionary.com
Definition of **DR-OZ** at Dictionary.com with free online dictionary, pronunciation, ... Would
you like to search the encyclopedias, or search the Web for **DR-OZ**? ...
**dictionary.reference.com**/browse/**DR-OZ**?jss=0 - 108k - Cached

## Dr. Oz on Anti-Aging
**Dr. Oz** from Oprah explains the effects of aging on our bodies and what can be done to
slow down aging's effects. ... last vitamin on **Dr. Oz's** list is the all ...
www.**ediblenature**.com/index.asp?PageAction=Custom&ID=128 - 93k - Cached

**SPONSOR RESULTS**

## Girl Loses 15Lbs In 15 Days
Featured Story: Kelly Discovered A Home Diet That Is Free And Works.
www.**kellysdietdiary.com**

## Acai Berry Colon Cleanse - Warning. . .
Warning! Want To Use Acai Berry? Do Not Use. Read This Warning.
www.**AcaiHollywood.com**

**Also try:** **dr oz resveratrol**, **dr oz diet**, **oprah dr oz**, **More...**

< Prev     1    2    **3**    4    5    6    7    8    9    10    11    Next >

| "Dr. Oz" | Search |

© 2009 Yahoo!   Privacy / Legal - Submit Your Site   SearchScan^BETA displays McAfee alerts optimal for the Yahoo! Search user and does not include all McAfee SiteAdvisor
red ratings

Yahoo! My Yahoo! Mail    Welcome, Guest [Sign In] Help

Web : Images : Video : Local : Shopping : more

"Dr. Oz"    [Search]    Options    Customize

31 - 40 of 4,780,000 for "Dr. Oz" (About) - 0.18 s |    SearchScan^BETA On

**Also try:** dr oz resveratrol, dr oz diet, oprah dr oz, More…

Search Pad BETA

SPONSOR RESULTS

Doubleday Book Club
No Automatic Shipments! Get Books. Now When You Join With Credit Card.
www.DoubledayBookClub.com

You **Dr Oz** at Amazon
Low prices on You **Dr Oz**. Qualified orders over $25 ship free.
Amazon.com

Dr Oz
ShoppingDeals on Health Products **dr oz** At Low Prices.
shopping.yahoo.com

Dr. Oz
Best Brand Name Catalogs at CatalogLink.
www.CatalogLink.com

**Dr Oz Green Drink**
The **Dr Oz** Green Drink is an elixir that Dr. Mehmet Oz made for Oprah Winfrey on … **dr Oz**'s green drink. MonaVie Açaí Berries. Dusted off the Juicer …
www.mahalo.com/Dr_Oz_Green_Drink - 129k - Cached

**The Great and Powerful Dr. Oz | The New York Observer**
Oprah loves him. He's a genius surgeon at one of New York's best … The Great and Powerful **Dr. Oz**. View Story On One Page Print This Story Share This Story …
www.observer.com/2007/great-and-powerful-dr-oz - Cached

**Dr Oz | Treatments, Benefits & Side Effects**
**Dr Oz** information for , Moisturizing Skin, Promoting Healing … **Dr Oz** products are reviewed below for non FDA-reviewed or approved uses such as …
www.seacoastvitamins.com/topic.php?health=dr.+oz - 106k - Cached

**A Conversation with Dr. Oz - Conversations with Michael Eisner …**
**Dr. Oz** is a cardiothoracic surgeon and best selling author of "YOU: The Owner's Manual. … **Dr. Oz**: "Sweating an hour a week-- by the way, I'm not talking …
www.cnbc.com/id/28693547 - 79k - Cached

**Dr. Oz 90-Day Diet - LoveToKnow Diet**
The **Dr. Oz** 90-Day Diet is an extension of the previous diet recommendations by the … In fact, **Dr. Oz**'s idea here is not to present a diet, as in a quick fix, fad, …
diet.lovetoknow.com/wiki/Dr._Oz_90-Day_Diet - Cached

**Dr. Oz Diet - LoveToKnow Diet**
Most recently popularized by Oprah, the **Dr. Oz** Diet has hit the mainstream hard and fast. … If you are wondering who **Dr. Oz** is and what his prescription for …
diet.lovetoknow.com/wiki/Dr._Oz_Diet - Cached

**Dr Oz Videos - Metacafe**
One of the world's largest video sites, serving the best videos, … Oprah Winfrey & **Dr. Oz** Talking About the New Powerful Anti-Aging - Resveratrol 30-Mar-09 …
www.metacafe.com/tags/dr oz - Cached

**Dr. Oz's Diet " iFitandHealthy.com**
**Dr. Oz**'s diet "I don't really eat big meals, but I eat continually," he says. … **Dr. Oz's** other favorite foods: The Magical Breakfast Blaster Oz and his family …
ifitandhealthy.com/dr-ozs-diet - Cached

SPONSOR RESULTS

**Dr. Mehmet Oz for Speaking Appearances**
Dr. Mehmet Oz - View biography, video clip, fee and booking info here.
www.keyspeakers.com

**Dr. Oz**
Find and Compare prices on Dr, Oz at Smarter.com.
www.smarter.com

**Earn Top $ in Booming Wellness Industry**
Take charge of your life - Join this exciting opportunity.
www.lifevantage.com

**Olio Beato Demarco Italian Olive Oil**
100% USDA Organic 1st Cold Pressed Unfiltered Extra Virgin Olive Oil.
www.OrganicOil.com

**All Natural Antioxidant**
Prevent Cancer and Slow Down Aging. 14 Day Free Trial Guaranteed.
RezVMax.com

See your message here…

**Dr Oz & Resveratrol**
Which resveratrol pill does **Dr Oz** recommend? NONE. Please read this important article
and don't get swindled! ... Note that **Dr Oz** endorses resveratrol, but ...
hubpages.com/hub/Dr-Oz_Resveratrol - Cached

YouTube - Resveratrol On Oprah & **Dr Oz** - #1 Anti-
Aging & Weight Loss
http://ResveratrolTrials.net -Resveratrol On Oprah &amp; **Dr
Oz** - #1 Anti-Aging &amp; Weight LossDr. Oz says part of the
reason is the alcohol and part is res...
www.**youtube**.com/watch?v=j9qjuAOHh84 - 95k - Cached



SPONSOR RESULTS

**Dr. Mehmet Oz for Speaking Appearances**
**Dr. Mehmet Oz** - View biography, video clip, fee and booking info here.
www.keyspeakers.com

**Dr. Oz**
Find and Compare prices on **Dr, Oz** at Smarter.com.
www.smarter.com

Also try: **dr oz** resveratrol, **dr oz** diet, oprah **dr oz**, More...

< Prev    1    2    3    **4**    5    6    7    8    9    10    11    Next >

"Dr. Oz"    Search

© 2009 Yahoo!  Privacy / Legal - Submit Your Site  SearchScan BETA displays McAfee alerts optimal for the Yahoo! Search user and does not include all McAfee SiteAdvisor
red ratings

Yahoo! My Yahoo! Mail    Welcome, Guest [Sign In] Help

Web ¦ Images ¦ Video ¦ Local ¦ Shopping ¦ more

"Dr. Oz"    Search    Options    Customize

41 - 50 of 4,780,000 for "Dr. Oz" (About) - 0.23 s |    SearchScan[BETA] On

**Also try:** <u>dr oz resveratrol</u>, <u>dr oz diet</u>, oprah <u>dr oz</u>, <u>More...</u>

Search Pad BETA

SPONSOR RESULTS

SPONSOR RESULTS

<u>Resveratrol Exposed ?</u>
Thinking about Take Resveratrol ? Read our Expert Review Before Buy.
**Resveratrol-Anti-Aging-Review.com**

<u>Dr.Oz</u> Astonishing Diet 2009
Look 20 lbs Thinner before Summer. Hurry up! 2 Days Left. Free Trials.
dr.ozdiet.com/free-trials

<u>Dr Oz. Recommended Resveratrol</u>
Slow aging with Resveratrol Ultra. Harness the power of red wine.
ResveratrolUltra.com

<u>Dr. Oz's #1 Acai Berry Diet for 2009</u>
Featured By **Dr. Oz** As The #1 Diet Of The Year! Now A Risk-Free Trial.
DrOzDiet.The-AcaiBerry-Diet.com

<u>Dr Oz</u>
MyFox New York is the official web site for Fox 5 News WNYW. ... **Dr. Oz** is Vice-Chair and
Professor of Surgery at Columbia University. ...
www.myfoxny.com/subindex/health/Dr_Oz - <u>Cached</u>

<u>Oz Garcia - AOL Coaches</u>
Learn ways to reduce the affects of aging to navigating your way through the super market
with Health and Welness Coach **Dr. Oz** Garcia at AOL Coaches.
coaches.aol.com/wellness/oz-garcia - <u>Cached</u>

<u>Dr. Oz's Food Hall of Fame - 1 - MSN Health & Fitness - Nutrition Slide ...</u>
Find health information and news on diet, fitness, meal planning, pregnancy, sex, drugs,
alzheimer's, adhd, asthma, allergies, cancer, heart problems, mental health, ...
health.msn.com/nutrition/slideshow.aspx?cp-documentid=100170950 - <u>Cached</u>

<u>How to Personalize a Dr Oz Diet Menu | eHow.com</u>
**Dr. Oz's** diet is the answer to many people's weight problem. ... Home " Health " Diet &
Nutrition " Weight Loss " How to Personalize a **Dr Oz** Diet Menu ...
www.ehow.com/how_2307408_personalize-dr-oz-diet-menu.html - 59k - <u>Cached</u>

<u>Dr. Mehmet Oz | Facebook</u>
Welcome to the official Facebook Page of Dr. Mehmet Oz. ... 5:47 Added about 2 weeks
ago. **Dr. Oz** answers: how to get pep in your step ...
www.facebook.com/droz - 50k - <u>Cached</u>

<u>Dr. Oz | Weekly Health Minutes</u>
MyFox Chicago is the official web site for Fox News Chicago WFLD. ... **Dr Oz:** Eat All
Summer Long ... **Dr Oz:** How To Spot A Stroke ...
www.myfoxchicago.com/subindex/health/dr_oz - <u>Cached</u>

<u>A Headache For **Dr. Oz** - Forbes.com</u>
Celebrity surgeon's endorsement of a longevity pill has sparked a rag-tag industry of sellers
using fake news sites and phony health claims--starring **Dr. Oz.**
forbes.com/2009/06/15/... - <u>Cached</u>

<u>Pet Health</u>
**Dr. Oz** recommends that Ben eat more foods with antioxidants. ... Bright colored fruits, like
goji berries, are also great. **Dr. Oz** says. ...
www.goji-passion.com/gpage2.html - <u>Cached</u>

<u>Dr. Oz</u> New Acai Diet
Lose Weight, Flush Toxins and
more w/ Acai Berry As Seen On
The Show.
www.AcaiFruitReviewed.com

<u>Dr. Oz #1 Recommended
Diets</u>
Read How I Lost 45lbs Using **Dr.
Oz** #1 Recommended Dynamic
Duo Diets.
wwwAcaiBerryDiet.com

<u>Try Dr Oz's #1 Diet Free</u>
**Dr. Oz** Recommended Diet. Learn
The 'Secret' To Lose 23% More
Weight.
www.droz.4-dieting.info

<u>After 34 Tests, Our Top 8
Resv Picks</u>
See **Dr Oz**/Oprah Video On
Resveratrol. Top 8 Free Trial
Offers.
RezV-FREE.com

<u>"Dr. Oz Diet" - Power Colon
Cleanse</u>
Recommended by Oprah & **Dr. Oz!**
Power Colon Cleanse - Free Trial
Today.
www.FreePowerCleanse.com

<u>MRSA Warning from **Dr Oz**</u>
Prevent spread of staph infection.
StaphAseptic kills MRSA Super
Bug.
StaphAseptic.com

<u>See your message here...</u>

Chat Transcript: **Dr. Oz** on Heart Health: The Teeth Factor, Tests, and ...
... your question about heart health for **Dr. Oz**, use the "ask question" button in ... Meet **Dr.
Oz** & Dr. Roizen. Advertisement. Special OffersFrom our ...
rd.com/chat-transcript-dr-oz-on-heart-health/article34490.html?... - 101k - Cached

The **Dr Oz** Resveratrol Recommendation
**Dr Oz** said in order to get the benefits without taking the ... **Dr Oz** states that when the body
does not have an excess of calories, our energy ...
www.squidoo.com/dr_oz_resveratrol - Cached

SPONSOR RESULTS

**Dr. Oz** New Acai Diet
Lose Weight, Flush Toxins and more w/ Acai Berry As Seen On The Show.
www.AcaiFruitReviewed.com

**Dr. Oz** #1 Recommended Diets
Read How I Lost 45lbs Using **Dr. Oz** #1 Recommended Dynamic Duo Diets.
wwwAcaiBerryDiet.com

Also try: dr oz resveratrol, dr oz diet, oprah dr oz, More...

< Prev    1    2    3    4    **5**    6    7    8    9    10    11    Next >

| "Dr. Oz" | Search |

© 2009 Yahoo!  Privacy / Legal - Submit Your Site   SearchScan[BETA] displays McAfee alerts optimal for the Yahoo! Search user and does not include all McAfee SiteAdvisor
red ratings.

Yahoo! My Yahoo! Mail    Welcome, Guest [Sign In] Help

Web | Images | Video | Local | Shopping | more

"Dr. Oz"                                    Search    Options    Customize

51 - 60 of 4,780,000 for "Dr. Oz" (About) - 0.18 s |    SearchScan^BETA On

**Also try:** dr oz resveratrol, dr oz diet, oprah dr oz, More...

Search Pad BETA

SPONSOR RESULTS

Try **Dr Oz's** #1 Diet Free
**Dr. Oz** Recommended Diet. Learn The 'Secret' To Lose 23% More Weight.
www.droz.4-dieting.info

**Dr. Oz** Diet - Power Colon Cleanse
By Oprah & **Dr. Oz**! Power Colon Cleanse - Get Your Free Trial Today.
www.FreePowerCleanse.com

After 34 Tests, Our Top 8 Resv Picks
See **Dr Oz**/Oprah Video On Resveratrol. Top 8 Free Trial Offers.
RezV-FREE.com

**Dr. Oz's** Free Test
Millions have already taken **Dr. Oz's** free test. What's your RealAge?
RealAge.com

Dr oz - Healthcare.com
Learn and find all the information you need to know about **Dr oz**. What is **Dr oz**? ... **Dr oz** :
5 Things to Know About Aging : ... Oprah, **Dr. Oz** and Goji Berries ...
www.healthcare.com/tag/dr-oz - 62k - Cached

Reverse Aging - **Dr Oz** | Best Syndication
This was the first part of a two part show on aging with **Dr. Oz** on Oprah. ... **Dr. Oz** believes
that we could live to be 100 but not without disease. ...
www.bestsyndication.com/?q=110207_reverse_aging_show.htm - Cached

Reverse Aging - Oprah' TV show has **Dr. Oz** discuss ways of
Staying Young ...
**Dr. Oz** said in two ... **Dr. Oz** added that the only person that can cure you is you! ...
**Dr. Oz** showed bones of people on the show - one that is normal and ...
bestsyndication.com/?q=110607_dr_oz_staying_young_reverse_aging_par... -
Cached

**Dr. Oz's** Food Hall of Shame - 1 - MSN Health & Fitness - Nutrition ...
Find health information and news on diet, fitness, meal planning, pregnancy, sex, drugs,
alzheimer's, adhd, asthma, allergies, cancer, heart problems, mental health, ...
health.msn.com/nutrition/slideshow.aspx?cp-documentid=100170901 - Cached

Dr Brown's Natural Flow Baby Bottle - 2 Oz | Diapers.com
Find Dr Brown's Natural Flow Baby Bottle - 2 Oz and other feeding accessories at
Diapers.com. Diapers, formula, wipes, and more.
www.diapers.com/Shop/ProductDetail.aspx?productid=4933

**Dr Oz** Diet – Does It Work?
More information about **Dr Oz** diet and its effectiveness. ... On of the shows **Dr Oz** talked
about the benefits of Acai Berry Supplement. ...
www.hqweightloss.com/dr-oz-diet - Cached

Oz Garcia - Home Page
Oz Garcia, Ph.D., a highly regarded nutritional counselor and life extension specialist, is
also the best selling author of The Balance and Look and Feel Fabulous ...
www.ozgarcia.com - Cached

EXCLUSIVE: **Dr. Oz** to Follow Dr. Phil from Oprah Winfrey's Harpo ...
Oprah Winfrey's Harpo Productions is developing a talk show ... Hi **Dr. Oz** when the
producer of the Oprah Winfrey show called and asked me if I would...

SPONSOR RESULTS

**Dr Oz** Colon Cleansing
Dr oz colon cleansing. Detox Your
Colon Parasite Toxins.
ColonCancer.bz

**Dr. Oz** Acai & Colon
Cleanse "Alert" ® ?
100% Real Review of Dr Oz Acai.
Know the Top 3 Most Trusted Acai
Now.
www.AcaiBerryDietBenefits.com

Resveratrol **Dr Oz**
Amazing Antiaging RezV as Seen
on 60 Minutes. Free Trial. Act Now.
www.RezvFreeOffer.com

2 Rules For A Flat Stomach
I Followed 2 Rules & Lost My Belly
Without Exercise Or Diet. Read
How.
www.KellysWeightLossDiary.
com

**Dr. Oz's** Acai Berry Diet
Chosen As "2009 Diet Of The
Year" As Seen On CNN, NBC,
CBS & Fox News.
www.AcaiBerryDetox.com

Oprahs Diet Worked for Me
I lost 33 pounds in time for my
wedding with this 2 step diet
system.
www.DaniellesDiet.com

See your message here...

www.broadcastingcable.com/article/CA6549369.html - 85k

**Dr. Oz** on Stem Cells
Oregon's largest pro-life organization. Dedicated to educating the public about physician-assisted suicide, abortion, and other human life issues.
www.**ortl.org**/index.php?option=com_content&task=view&id=391&Itemid=182 - Cached

**Dr. Oz YOU on A Diet**
Are you looking to lose weight? Read our in-depth stories of all the top diet programs available in the market to see which one is best for you. EasyDietReviews.com ...
www.**easydietreviews.com**/dr-oz-you-on-a-diet.php - 54k - Cached

SPONSOR RESULTS

**Dr.Oz** Colon Cleansing
Dr oz colon cleansing. Detox Your Colon Parasite Toxins.
ColonCancer.bz

**Dr. Oz** Acai & Colon Cleanse "Alert" ® ?
100% Real Review of **Dr. Oz** Acai. Know the Top 3 Most Trusted Acai Now.
www.**AcaiBerryDietBenefits.com**

**Also try:** dr oz resveratrol, **dr oz** diet, oprah **dr oz**, More...

< Prev    1    2    3    4    5    **6**    7    8    9    10    11    Next >

| "Dr. Oz" | Search |

© 2009 Yahoo!  Privacy / Legal - Submit Your Site   SearchScan^BETA  displays McAfee alerts optimal for the Yahoo! Search user and does not include all McAfee SiteAdvisor red ratings.

Yahoo!  My Yahoo!  Mail    Welcome, Guest [Sign In] Help

Web | Images | Video | Local | Shopping | more

"Dr. Oz"  [Search]  Options   Customize

61 - 70 of 4,780,000 for "Dr. Oz" (About) - 0.23 s |    SearchScan[BETA] On

**Also try:** dr oz resveratrol,  dr oz diet,  oprah dr oz,  More...

Search Pad BETA

**SPONSOR RESULTS**

**SPONSOR RESULTS**

Resveratrol Dr Oz
Amazing Antiaging RezV as Seen on 60 Minutes. Free Trial. Act Now.
www.RezvFreeOffer.com

2 Rules For A Flat Stomach
I Followed 2 Rules & Lost My Belly Without Exercise Or Diet. Read How.
www.KellysWeightLossDiary.com

Dr. Oz's Acai Berry Diet
Chosen As "2009 Diet Of The Year" As Seen On CNN, NBC, CBS & Fox News.
www.AcaiBerryDetox.com

Oprahs Diet Worked for Me
I lost 33 pounds in time for my wedding with this 2 step diet system.
www.DaniellesDiet.com

Dr. Oz: CBH 55th Anniversary Event
Tickets for the Dr. Oz appearances are on sale at the Rupp ... Dr. Oz: CBH 55th
Anniversary Event. The 2009 General Assembly: Two Steps Forward, One Step Back ...
www.wkyt.com/whatsnew/headlines/43369397.html - Cached

Dr. Oz Shares a Plan for Eating Healthier Foods and Exercising More
Dr. Oz provided Oprah viewers a checklist of things they can do now to improve ...
Mississippi is fattest state in 2008 ... Dr. Oz on how to get healthy now ...
calorielab.com/news/2009/01/07/dr-oz-on-how-to-get-healthy-now - 53k

Health Corps Program
HealthCorps educates American youth about the workings and wonders of their ... Dr. Oz
Welcome Message. Email. Name "By giving students, parents, and community ...
www.healthcorps.net - Cached

Dr Oz Skin Safety
MyFox New York is the official web site for Fox 5 News WNYW. Your source for local news,
weather, and sports. One Minute to Better Health with Dr. Oz
myfoxny.com/.../dr_oz/090701_One_Minute_to_Better_Health_with_Dr_Oz - Cached

Chat Transcript: Dr. Oz on Heart Health: Stress, Family History, and ...
Chat Transcript: Dr. Oz on Heart Health (page 4 of 5) Change Text Size, Change Text
Size ... Meet Dr. Oz & Dr. Roizen. Advertisement. Special OffersFrom our ...
www.rd.com/chat-transcript-dr-oz-on-heart-health/article34490-3.html - 99k - Cached

The Oprah Store - Dr. Oz Investigates Medical Mysteries. 11/18/2008
Original Air Date 11/18/2008 Dr
oprahstore.oprah.com/p-2062-dr-oz-investigates-medical-mysteries-11...

Dr. Oz on Oprah June
ShoutPost - Scribbles (Creative Experiments - Shoutpost Help) ... Repeat show with Dr. Oz
6/12. ... Dr. Oz says that these indicate and ultimately give a clue ...
scribbles.shoutpost.com/12815/dr-mehmet-oz-on-oprah-612 - Cached

Dr Oz — Blogs, Pictures, and more on WordPress
Dr Oz answers questions on YouTube, MySpace and Facebook ... Dr Oz warns getting
addicted to red wine could be a resveratrol side effect ...
en.wordpress.com/tag/dr-oz - Cached

Amazon.com: dr. oz

**Girl Loses 15Lbs In 15 Days**
Featured Story: Kelly Discovered A
Home Diet That Is Free And
Works..
www.kellysdietdiary.com

**Acai Berry Colon Cleanse -
Warning. . .**
Warning! Want To Use Acai Berry?
Do Not Use. Read This Warning.
www.AcaiHollywood.com

**Doubleday Book Club**
Get 5 Books For 99¢ When You.
Join With Major Credit Card Today.
www.DoubledayBookClub.com

**You Dr Oz at Amazon**
Low prices on You Dr Oz. Qualified
orders over $25 ship free.
Amazon.com

**Dr Oz**
ShoppingDeals on Health Products
dr oz At Low Prices.
shopping.yahoo.com

**Dr. Oz**
Best Brand Name Catalogs at
CatalogLink.com
www.CatalogLink.com

See your message here...

Amplify Your Positive Energy: A list by Jesse Albers. Search Listmania! "dr. oz" Related
Searches: dr mehmet oz, **dr oz** books, you on a diet. **...**
www.amazon.com/s.html?ie=UTF8&keywords=**dr.+oz**&index=blended - 148k - Cached

## Dr.oz | Treatments, Benefits & Side Effects
**Dr.oz** information for Relieving Sore Throat, Enhancing Immune Function, Elevating
Mood ... **Dr.oz** Categories. Dr. Bronner's. Thyroid Health. Support for **...**
www.seacoastvitamins.com/topic.php?health=**dr.oz** - Cached

**SPONSOR RESULTS**

## Girl Loses 15Lbs In 15 Days
Featured Story: Kelly Discovered A Home Diet That Is Free And Works.
www.kellysdietdiary.com

## Acai Berry Colon Cleanse - Warning. . .
Warning! Want To Use Acai Berry? Do Not Use. Read This Warning.
www.AcaiHollywood.com

**Also try: dr oz resveratrol, dr oz diet, oprah dr oz, More...**

< Prev    2    3    4    5    6    **7**    8    9    10    11    12    Next >

| "Dr. Oz" | **Search** |

© 2009 Yahoo!  Privacy / Legal - Submit Your Site   SearchScan^BETA displays McAfee alerts optimal for the Yahoo! Search user and does not include all McAfee SiteAdvisor red ratings.

Yahoo! My Yahoo! Mail   Welcome, Guest [Sign In] Help

Web | Images | Video | Local | Shopping | more

"Dr. Oz"                                    **Search**     Options     Customize

71 - 80 of 4,780,000 for "Dr. Oz" (About) - 0.28 s |   SearchScan[BETA] On

**Also try: dr oz resveratrol,  dr oz diet,  oprah dr oz,  More...**          Search Pad BETA

SPONSOR RESULTS                          SPONSOR RESULTS

**Doubleday Book Club**
Get 5 Books For 99¢ When You. Join With Major Credit Card Today.
www.DoubledayBookClub.com

**You Dr Oz at Amazon**
Low prices on You Dr Oz. Qualified orders over $25 ship free.
Amazon.com

**Dr Oz**
ShoppingDeals on Health Products dr oz At Low Prices.
shopping.yahoo.com

**Dr. Oz**
Best Brand Name Catalogs at CatalogLink.
www.CatalogLink.com

**Oprah Winfrey: The Wizardess of Oz - E! Online**
Oprah's Harpo Productions developing talk show for Dr. Oz ... Dr. Oz's next big project—
Him: On a Talk Show. ... Opinion with Dr. Oz, a relationship that ...
eonline.com/uberblog/archive.jsp?uuid=6e69a6e3-b3e0-4c29-8b53-725f1... - 92k -
Cached

   **Oprah Bids Farewell to Dr. Oz - E! Online**
   Winfrey devotes episode to the send-off of "America's Doctor," in advance of the
   premiere of his own syndicated talkfest this fall
   www.eonline.com/uberblog/b123444_oprah_bids_farewell_dr_oz.html - 99k -
   Cached

**Dr. Oz - Herbal Supplements: Find, Compare, Read Reviews & Buy
Online ...**
Yahoo! Shopping is the best place to comparison shop for Dr. Oz - Herbal Supplements
Compare products, compare prices, read reviews and merchant ratings.
shopping.yahoo.com/t-Herbal-Supplements/dr.-oz - 60k

**Dr. Oz Shares the 'Ultimate Prescription' (KABC-TV Los Angeles)**
You've seen him on "Oprah" — now Dr. Oz shares with Eyewitness News his tips for getting
the most out of life. ... Dr. Oz wants you to start taking control of ...
abclocal.go.com/kabc/story?section=news/health&id=5697385 - Cached

**Meet Dr. Oz**
Get a free selected chapter from Dr. Oz's YOU: The Smart Patient ... Dr. Oz has been
recurrently featured on Oprah and has hosted several Discovery ...
www.mychoicenotchance.com/droz.aspx - Cached

**Oprah Prepping Dr. Oz For Talk Show In '09**
Oprah Winfrey's Harpo Productions is developing a talk show featuring ... digg Huffpost -
Oprah Prepping Dr. Oz For Talk Show In '09 stumble reddit del.ico.us ...
huffingtonpost.com/2008/04/09/oprah-prepping-dr-oz-for_n_95775.html - 121k - Cached

   **Oprah Tosses Dr. Phil Overboard In Favor Of Dr. Oz**
   Yesterday's news that Oprah is developing a talk show featuring ... Dr. Mehmet Oz
   &mdash; who's been a regular on her ... In Favor Of Dr. Oz stumble reddit del.ico. ...
   huffingtonpost.com/2008/04/10/oprah-tosses-dr-phil-over_n_95996.html - 184k -
   Cached

**Dr. Oz Explores Past Life Regressions - Show Recap**

**Dr. Mehmet Oz for Speaking
Appearances**
Dr. Mehmet Oz - View biography,
video clip, fee and booking info
here.
www.keyspeakers.com

**Dr. Oz**
Find and Compare prices on Dr,
Oz at Smarter.com.
www.smarter.com

**Earn Top $ in Booming
Wellness Industry**
Take charge of your life - Join this
exciting opportunity.
www.lifevantage.com

**Olio Beato Demarco Italian
Olive Oil**
100% USDA Organic 1st Cold
Pressed Unfiltered Extra Virgin
Olive Oil.
www.OrganicOil.com

**All Natural Antioxidant**
Prevent Cancer and Slow Down
Aging. 14 Day Free Trial
Guaranteed.
RezVMax.com

See your message here...

Tuesday, May 13, 2008 Oprah Show Recap - Dr. Brian Weiss guided **Dr. Oz** and viewers through an exploration into the concept of past life regression. Ask yourself the ... **oprah.about.com**/od/oprahshowrecaps/p/pastliferegress.htm - Cached

## Dr-Oz-Resveratrol.com - Live Longer Retire Stronger - Video

http://www.**dr-oz-resveratrol.com**Resveratrol (trans-resveratrol) is a phytoalexin produced naturally by several plants when under attack by pathogens. Watch Video about Resveratrol,Red,Wine by Metacafe.com **metacafe.com/.../dr_oz_resveratrol_com_** live_longer_retire_stronger - 81k - Cached



## Dr. Oz's Top Five Healthy Tips for Women
**Dr. Oz** discusses the five things ... WATCH: **Dr. Oz** Advises Men on Health. WATCH: How ... WATCH: **Dr. Oz's** Guide to Beautiful Hair. **DR. OZ** RESPONDS: How Can You ... **abcnews.go.com**/GMA/OnCall/story?id=6818395&page=1 - 99k

**SPONSOR RESULTS**

## Dr. Mehmet Oz for Speaking Appearances
**Dr. Mehmet Oz** - View biography, video clip, fee and booking info here. www.**keyspeakers**.com

## Dr. Oz
Find and Compare prices on **Dr. Oz** at Smarter.com. www.**smarter**.com

**Also try: dr oz resveratrol, dr oz diet, oprah dr oz, More...**

< Prev    3    4    5    6    7    **8**    9    10    11    12    13    Next >

"Dr. Oz"                                    Search

© 2009 Yahoo!  Privacy / Legal - Submit Your Site   SearchScan^BETA displays McAfee alerts optimal for the Yahoo! Search user and does not include all McAfee SiteAdvisor red ratings.

Yahoo! My Yahoo! Mail    Welcome, Guest [Sign In] Help

**Web** | Images | Video | Local | Shopping | more

"Dr. Oz"                          [Search]    Options    Customize

81 - 90 of 4,780,000 for "Dr. Oz" (About) - 0.26 s |        SearchScan[BETA] On

**Also try:** dr oz resveratrol, dr oz diet, oprah dr oz, More...

Search Pad BETA

SPONSOR RESULTS

SPONSOR RESULTS

Resveratrol Exposed ?
Thinking about Take Resveratrol ? Read our Expert Review Before Buy.
Resveratrol-Anti-Aging-Review.com

Dr.Oz Astonishing Diet 2009
Look 20 lbs Thinner before Summer. Start Now & See Results in 7 Days.
dr.ozdiet.com/free-trials

Dr. Oz. Recommended Resveratrol
Slow aging with Resveratrol Ultra. Harness the power of red wine.
ResveratrolUltra.com

Dr. Oz - Acai Berry Natural Weight Loss
3 Acai Berry Risk-Free Trials Featured For Fast, Natural Weight Loss.
DrOzDiet.The-AcaiBerry-Diet.com

Dr Oz's Colon Cleanser and Acai Weight Loss | 3FC
You've seen the ads for Dr. Oz's Colon Cleanser and a miracle acai berry weight loss
product - do they work? ... So if Dr. Oz and Oprah recommend a product ...
www.3fatchicks.com/dr-ozs-colon-cleanser - Cached

Dr. Oz's You on a Diet - LIVESTRONG.COM
LIVESTRONG.COM features comprehensive articles and videos about the Dr. Ozs You on
a Diet. ... 3 Ways to Weigh Pros and Cons of Dr. Oz's Diet ...
www.livestrong.com/diet-and-weight-loss/diets/dr.-oz's-you-on-a-diet - 74k

Oprah's Best Life Webcast with Dr. Oz on MSN Video
Do you really need sunscreen? Watch Oprah and Dr. Oz's health advice you can really
use!
video.msn.com/dw.aspx?mkt=en-us&vid=a4b3e321-9c08-4747-be53-e5575e3...

Health Secrets from Dr. Oz | Extra
Extra has the hottest celebrity and entertainment news, photos, gossip, scandals, videos,
games, music, movies, television, star sightings and more!
extratv.warnerbros.com/2008/06/health_secrets_from_dr_oz.php - Cached

Oprah says goodbye to Dr. Oz, shares weight loss success stories
Oprah shares the stage with Dr. Oz one last time before he gets his own show. ... Frank
lost 103 pounds after Dr. Oz told him he was a ticking time bomb. ...
calorielab.com/news/2009/05/15/oprah-dr-oz-weight-loss-success - 53k

Dr. Oz
Associated Content is a platform that enables everyone to publish their content in any
format ... Dr. Oz Tells Us More About How to Take Care of a Healthy Body ...
www.associatedcontent.com/topic/48503/dr_oz.html - 145k - Cached

Dr. Oz's Health Tips for Women - ABC News
The women of the
abcnews.go.com/video/playerIndex?id=6819054 - Cached

Dr Oz
Discussion about our products. ... Dr. Oz, Oprah's health expert has given Rhodiola rosea
some rave reviews in ... News and even Dr. Oz on Oprah have shared ...
www.ameriden.com/blog/tag/dr-oz - Cached

What's New, Dr. Oz In the News

Dr. Oz New Acai Diet
Lose Weight, Flush Toxins and
more w/ Acai Berry As Seen On
The Show.
www.AcaiFruitReviewed.com

Dr. Oz #1 Recommended
Diets
Read How I Lost 45lbs Using Dr.
Oz #1 Recommended Dynamic
Duo Diets.
wwwAcaiBerryDiet.com

Try Dr Oz's #1 Diet Free
Dr. Oz Recommended Diet. Learn
The 'Secret' To Lose 23% More
Weight.
www.droz.4-dieting.info

After 34 Tests. Our Top 8
Resv Picks
See Dr Oz/Oprah Video On
Resveratrol, Top 8 Free Trial
Offers.
RezV-FREE.com

"Dr. Oz Diet" - Power Colon
Cleanse
Recommended by Oprah & Dr. Oz!
Power Colon Cleanse - Free Trial
Today.
www.FreePowerCleanse.com

Dr. Oz's Free Test
Millions have already taken Dr.
Oz's free test. What's your
RealAge?
RealAge.com

See your message here...

Dr. Oz was interviewed on the February 24, 2008 "Oprah" regarding the medical ... **Dr. Oz** hosts a daily, caller-driven program about health and wellness on "Oprah ...
www.**columbiasurgery.org**/news/**oz**.html - Cached

**dr oz posts | Gather**
Lessons for Living Longer, **Dr. Oz** Health Quiz, Today on Oprah: **Dr. Oz**, Ever Been Called Thunderthighs? Count Yourself Lucky, The Doctor Oz is going Somewhe
www.**gather.com/dr+oz** - Cached

SPONSOR RESULTS

**Dr. Oz** New Acai Diet
Lose Weight, Flush Toxins and more w/ Acai Berry As Seen On The Show.
www.AcaiFruitReviewed.com

**Dr. Oz** #1 Recommended Diets
Read How I Lost 45lbs Using **Dr. Oz** #1 Recommended Dynamic Duo Diets.
wwwAcaiBerryDiet.com

**Also try: dr oz resveratrol, dr oz diet, oprah dr oz, More...**

< Prev    4    5    6    7    8    **9**    10    11    12    13    14    Next >

| "Dr. Oz" | Search |

© 2009 Yahoo!  Privacy / Legal - Submit Your Site   SearchScan^BETA  displays McAfee alerts optimal for the Yahoo! Search user and does not include all McAfee SiteAdvisor red ratings.

Yahoo! My Yahoo! Mail    Welcome, Guest [Sign In] Help

Web | Images | Video | Local | Shopping | more

"Dr. Oz"                    **Search**    Options    Customize

91 - 100 of 4,800,000 for "Dr. Oz" (About) - 0.28 s |    SearchScan[BETA] On

**Also try:** dr oz resveratrol, dr oz diet, oprah dr oz, More...

Search Pad BETA

### SPONSOR RESULTS

Try Dr Oz's #1 Diet Free
Dr. Oz Recommended Diet. Learn The 'Secret' To Lose 23% More Weight.
www.droz.4-dieting.info

After 34 Tests, Our Top 8 Resv Picks
See Dr Oz/Oprah Video On Resveratrol. Top 8 Free Trial Offers.
RezV-FREE.com

"Dr. Oz Diet" - Power Colon Cleanse
Recommended by Oprah & Dr. Oz! Power Colon Cleanse - Free Trial Today.
www.FreePowerCleanse.com

Dr. Oz's Free Test
Millions have already taken Dr. Oz's free test. What's your RealAge?
RealAge.com

What Should I Know About the Dr Oz Diet?
Brief and Straightforward Guide: What Should I Know About the Dr Oz Diet? ... The Dr Oz diet was founded by Dr. Mehmet Oz, the director of the Cardiovascular ...
www.wisegeek.com/what-should-i-know-about-the-dr-oz-diet.htm - Cached

   What is an Omentum?
   For her television viewers, Dr. Oz introduced the concept of the omentum, even ... Dr. Oz contends that the great concern with a fatty omentum is that it starts ...
   www.wisegeek.com/what-is-an-omentum.htm - Cached

Dr. Oz Helps You Learn 'Waist' Management 7/06/07 | abc7.com
Dr. Mehmet Oz is in town for a health seminar and stopped by ABC7 to share his secrets to managing your waist. ... In his book, Dr. Oz explains how simple ...
abclocal.go.com/kabc/story?section=news/health&id=5457802 - Cached

Infrared Sauna Seen On Oprah, Far Infrared Sauna Technology Leader.
Infrared Sauna featured by Dr. Oz on the Oprah Winfrey Show. ... Did you tune in to Oprah, June 30th to see Sunlight Saunas, showcased by Dr. Oz? ...
www.sunlightsaunas.com - 676k - Cached

- The Doctor Oz Diet
YOU: On a Diet ... But what you're really looking for is Dr. Oz's recommended diet ... Dr Oz Diet. Buy Acai From Abroad. Acai Berry Free Trial. Acai Berry Research ...
www.doctorozdiet.net - Cached

Dystonia Awareness - Care4Dystonia, Inc. " On the Air with Dr. Oz, M.D
Luckily, Dr. Oz knew about Bekas' struggles with dystonia and having read both ... Please visit our Dr. Oz webpage to learn more about the Interview. ...
www.care4dystonia.org/index.php/on-the-airdroz - Cached

Documents > dr oz
Preview and download documents about dr oz. Docstoc is a community for sharing professional documents, find free documents and upload documents to share.
www.docstoc.com/search/dr-oz - 74k - Cached

Dr. Mehmet Oz, A Great Presenter
For those not familiar with him, Dr. Oz is a heart surgeon, book author, ... Aside from eliciting a chuckle, Dr. Oz's humor also relieved tension inherent in ...
www.mariosalexandrou.com/blog/?p=161 - Cached

### SPONSOR RESULTS

Dr Oz Colon Cleansing
Dr oz colon cleansing.. Detox Your Colon Parasite Toxins.
ColonCancer.bz

Dr. Oz Acai & Colon Cleanse "Alert" ® ?
100% Real Review of Dr. Oz Acai. Know the Top 3 Most Trusted Acai Now.
www.AcaiBerryDietBenefits.com

Resveratrol Dr Oz
Amazing Antiaging RezV as Seen on 60 Minutes. Free Trial. Act Now.
www.RezvFreeOffer.com

2 Rules For A Flat Stomach
I Followed 2 Rules & Lost My Belly Without Exercise Or Diet. Read How.
www.KellysWeightLossDiary.com

Dr. Oz's Acai Berry Diet
Chosen As "2009 Diet Of The Year" As Seen On CNN, NBC, CBS & Fox News.
www.AcaiBerryDetox.com

Oprahs Diet Worked for Me
I lost 33 pounds in time for my wedding with this 2 step diet system.
www.DaniellesDiet.com

See your message here...

### Dr S Carbrite Diet Bar 12 2 Oz Ars - Allegro Medical
Purchase discounted Dr S Carbrite Diet Bar 12 2 Oz Ars. Visit AllegroMedical.com for life enhancing medical supplies and medical equipment. Order today.
**allegromedical.com/.../dr-s-carbrite-diet-bar-12-2-oz-ars-p196438.html**

### Dr. Hauschka Skin Care - Yahoo! Shopping
Find the best price for Dr. Hauschka Skin Care at Yahoo! Shopping. Compare prices, read reviews and ratings for Dr. Hauschka Skin Care
**shopping.yahoo.com/s:Skin Care:4168-Brand=Dr. Hauschka**

SPONSOR RESULTS

### Dr Oz Colon Cleansing
**Dr oz** colon cleansing. Detox Your Colon Parasite Toxins.
**ColonCancer.bz**

### Dr. Oz Acai & Colon Cleanse "Alert" ® ?
100% Real Review of Dr. Oz Acai. Know the Top 3 Most Trusted Acai Now.
**www.AcaiBerryDietBenefits.com**

**Also try: dr oz resveratrol, dr oz diet, oprah dr oz, More...**

< Prev    5    6    7    8    9    **10**    11    12    13    14    15    Next >

| "Dr. Oz" | | Search |

© 2009 Yahoo!  Privacy / Legal - Submit Your Site   SearchScan^BETA^ displays McAfee alerts optimal for the Yahoo! Search user and does not include all McAfee SiteAdvisor red ratings