# EXHIBIT 3

| #   | Website URL Containing Dr. Oz |
|-----|-------------------------------|
| 1   | www.Drozadvice.com |
| 2   | www.dr-oz-resv.net |
| 3   | www.dr-oz-resv.com |
| 4   | www.Dr-oz-coloncleanse.com |
| 5   | www.Ozresvtrial.com |
| 6   | www.dr-oz-resveratrol-alert.net |
| 7   | www.drozrezv.com |
| 8   | www.Drozteethwhitening.com |
| 9   | www.Oz-loves-resveratrol.com |
| 10  | www.OzResveratrolTrials.com |
| 11  | www.drozadvice.com |
| 12  | http://drozreviewsite.com/ |
| 13  | www.Drozdietsavedmylife.com |
| 14  | www.Droz-resveratrol-alert.net |
| 15  | www.Doctorozresv.com |
| 16  | www.drozsuperdiet.com |
| 17  | http://www.droz-resv-free.com |
| 18  | www.dr-oz-acai-ratings.com |
| 19  | www.dr-oz-suggests.com |
| 20  | www.drozstretchmarkcure.com |
| 21  | www.Theozresveratrol.com |
| 22  | www.drozacaidiet.com |
| 23  | www.droz-resveratrol-trial.com |
| 24  | www.Dr-oz-resveratrol-alerts.com |
| 25  | www.doctorozdieta.com |
| 26  | http://oz-resveratrol-alert.com |
| 27  | www.dr.ozreviewsite.com |
| 28  | www.Productreviews-Rus.info/DrOzResv |

| # | Website URL Containing Dr. Oz |
|---|---|
| 29 | www.ozresvtrial.com |
| 30 | www.ozfacebook.com |
| 31 | www.official-oz-resveratrol.com |
| 32 | www.Ozlovesresveratrol.com |
| 33 | www.Dr-oz-acai-berry-diet.com |
| 34 | www.Drozamazingdiet.com |
| 35 | www.Drozexclusivediet.com |
| 36 | www.Drozhealth.com |
| 37 | www.drozrecommended.org |
| 38 | www.drozrecommended.com |
| 39 | www.drozdietmiracle.com |
| 40 | www.drozdietsecrets.com |
| 41 | www.drozanti-aging.com |
| 42 | www.resveratrol-advisor.com/dr-oz |
| 43 | www.acai-berry-oz-review.com |
| 44 | www.dr-oz-acai-berry-alert.com |
| 45 | www.Drozresveratroltrial.com |
| 46 | www.Ozdietnow.com |
| 47 | www.doctorozresveratrol.com |
| 48 | www.dr-oz-colon-cleanse.net |
| 49 | www.doctor-oz.com |
| 50 | www.droz.tv |
| 51 | www.drozstretchmarkcure.com |
| 52 | www.Oz-resveratroltrial.com |
| 53 | www.drozadvice.com |
| 54 | http://dr-oz-acai-berry-alert.com |
| 55 | www.oz-resveratroltrial.com |
| 56 | www.Dr-Oz-Acaiberry.com |

| # | Website URL Containing Dr. Oz |
|---|---|
| 57 | www.Oz-resveratrol.com |
| 58 | www.Drozdietworks.com |
| 59 | www.drozstretchmarksolutions.com |
| 60 | www.drozdietrevealed.com |
| 61 | www.drozeasydiet.com |
| 62 | www.2009drozdiet.com |
| 63 | www.drozacai.com |
| 64 | http://drozacaidiet.com |
| 65 | www.Drozdiet-acaiberry.com |
| 66 | www.Drozacai.com - acai-berry-diet-review.info |
| 67 | http://stanford.wellsphere.com/wellpage/dr.oz-teeth-whitening |
| 68 | http://ezinearticles.com/?Dr-Oz-Teeth-Whitening-Kit-Before-Buying-Teeth-Whitening-Products,-Read-What- |
| 69 | www.Drozhelp.com |
| 70 | www.droz.4-diet.info |
| 71 | www.dr-oz-resveratrol-trials.com |
| 72 | www.Drozantiaging.com |
| 73 | www.Dr-oz-resveratrolalert.com |
| 74 | www.Dr-ozresveratrol.com |
| 75 | www.oz-acai-trial.com |
| 76 | http://www.drozacaiberry.com/ |
| 77 | http://dr-oz-acai-diet.com/ |
| 78 | http://Dr-oz-acai-trial.com |
| 79 | http://www.Drozmiracle.com |
| 80 | http://www.Drozresv.com |
| 81 | www.Dr-oz-resveratrol-trail.com |
| 82 | www.Drozsavedmylife.com |
| 83 | www.Dr-oz-resveratrol.com |
| 84 | http://aol.doctorozresv.com/ |

| # | Website URL Containing Dr. Oz |
|---|---|
| 85 | WWW.DROZCOLONCLEANSE.COM |
| 86 | www.Doctorozresv.com |
| 87 | www.Dr-oz-acai-trial.com |
| 88 | www.Drozacaiberries.com |
| 89 | www.Drozacaidiet.com |
| 90 | www.Dr.OzDiet-AcaiBerry.com |
| 91 | www.Drozhelp.com |
| 92 | www.Droz-rev-free.com |
| 93 | www.Droz-resveratrol.com |
| 94 | www.Dr-oz-resveratrol-alert.com |
| 95 | www.Dr-oz-resvera-trol-trials.com |
| 96 | www.Official-oz-res-veratrol.com |
| 97 | www.Oz-loves-res-veratrol.com |
| 98 | www.Oz-resveratrol-trial.com |
| 99 | www.Ozresvtrial.net |
| 100 | www.drozacaiberryreview.com |
| 101 | www.doctoroz-resv.com |
| 102 | www.doctoroz-resv.com |
| 103 | www.wwwdoctoroz.com |
| 104 | www.drozonhealth.com |
| 105 | www.dr-oz-resveratrol.net |
| 106 | www.dr-oz-diet.info |
| 107 | www.drozweightloss.net |
| 108 | www.drozstore.com |
| 109 | www.dr-oz-recommends.com |
| 110 | www.dr-oz-approved.com |
| 111 | www.dr-oz-approves.com |
| 112 | www.drozmiraclediet.com |

| # | Website URL Containing Dr. Oz |
|---|---|
| 113 | http://dr.oz.resveratrol-truth.net |
| 114 | www.oztwitter.com |
| 115 | www.ozdiet-acaiberry.com |
| 116 | www.doctorozdiet.net |
| 117 | www.ozrestrial.com |
| 118 | www.personaldiets.net/results/dr-oz-diet-plan |
| 119 | www.health.discovery.com/fansites/dr-oz/dr-oz.html |
| 120 | http://hubpages.com/hub/Dr-Oz-Resveratrol-Ultra |
| 121 | www.Dr-oz-acai-diet.com |
| 122 | www.Dr-oz-acai-diet.com |

# EXHIBIT 4

| #  | Website URL Containing Oprah |
|----|------------------------------|
| #  | Website URL Containing Oprah |
| 1  | www.oprahsdietplan.com |
| 2  | www.oprahs-best-acai.com |
| 3  | www.oprahsacaiberrydiet.com |
| 4  | www.Oprahresveratrol.blogspot.com |
| 5  | www.acaiberry-oprah.com |
| 6  | www.oprahshowdiet.com |
| 7  | www.oprahsdietworks.com |
| 8  | www.oprahsecretrevealed.com |
| 9  | www.oprahsexclusivediet.com |
| 10 | www.oprahspecialdiet.com |
| 11 | www.oprahsspecialdiet.com |
| 12 | www.oprahdietsecret.com |
| 13 | www.oprahdietsecrets.com |
| 14 | www.oprahsnewdiet.com |
| 15 | www.oprahsmiraclediet.com |
| 16 | www.oprahs-best-colon.com |
| 17 | www.oprahsfavoritediet.com |
| 18 | www.oprahdietrevealed.com |
| 19 | www.oprahsacaidiet.com |
| 20 | www.oprahssecretdiet.com |
| 21 | www.oprahdiettrial.com |
| 22 | www.oprahsuperdiet.com |
| 23 | www.oprahseasydiet.com |
| 24 | www.oprahsbestdiet.com |
| 25 | www.oprahfreediet.com |
| 26 | www.oprahsecretdiet.com |

| # | Website URL Containing Oprah |
|---|---|
| 27 | www.oprah-best-acai.com |
| 28 | www.oprahhelpedmeloseweight.com |
| 29 | www.oprahhealthoffers.com |
| 30 | www.oprahs-best-resveratrol.com |
| 31 | www.oprahresveratrol.blogspot.com |
| 32 | www.oprahonresveratrol.com |
| 33 | www.oprahsdietadvice.com |
| 34 | www.oprahsskinsuccess.com |
| 35 | www.oprahs-best-acaiberry.com |
| 36 | www.Featuredonoprah.com |
| 37 | www.Oprah-best-acai.com |
| 38 | www.Oprah-on-resvera-trol.com |
| 39 | www.Oprahreview.com |
| 40 | www.Acaiberryoprah.com |
| 41 | www.Oprah-acai-berry.com |
| 42 | www.Oprah-on-resveratrol.com |
| 43 | www.favorite-things-oprah.com |
| 44 | www.oprahsfatloss.com |
| 45 | www.oprahwinfreyshow.com |
| 46 | www.oprahshow.com |
| 47 | www.oprahsdietblog.com |
| 48 | www.oprahsfavorite.com |
| 49 | www.medifastoprah.com |
| 50 | www.oprahdiet.org |
| 51 | www.acai-berry-oprah.info |
| 52 | www.fastfatburningdiet.com/oprah2.php |
| 53 | www.Oprahsamazingdiet.com |
| 54 | www.Oprah-show-on-resveratrol.com |

| # | Website URL Containing Oprah |
|---|---|
| 55 | www.oprahselects.com |
| 56 | www.oprahsfans.com |
| 57 | www.oprahshowinfo.com |
| 58 | www.oprahtwitter.com |
| 59 | www.oprahgiveusavoice.com |
| 60 | www.oprahporn.com |
| 61 | www.oprahitems.com |
| 62 | www.oprahontwitter.com |
| 63 | www.oprahwinfry.com |
| 64 | www.oprahsuperstore.com |
| 65 | www.oprah-acai.com |