JUDGE BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

09 CV 7297

| | |
|---|---|
| DR. MEHMET OZ; ZO CO I, LLC; OW LICENSING COMPANY, LLC; and HARPO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FWM LABORATORIES, INC.; CPX INTERACTIVE LLC; NETALAB CORP; GILLMAP LIMITED a/k/a NATURES PERFECTION; MINIRED UAB; NUTRA LANE LLC a/k/a GNS GLOBAL LLC; CENTRAL COAST NUTRACEUTICALS a/k/a CCN INC.; PURE NUTRIENTS; B67 NUTRA PURE SYSTEMS a/k/a 96R PURE NATURE PRODUCTS a/k/a P67 WIE NATURAL PRODUCTS LLC; SFL NUTRITION, LLC; ACAI BERRY BREEZE; LIFE FIT LABS LLC; REJUVENATE WORLDWIDE; HEALTHBUY.COM a/k/a HEALTH BUY LTD.; PHYSICAL ENHANCEMENT LABS; MYCOLONRELIEF; XM LABS LLC a/k/a RX LABS; RAUSCHER BEKKE, LLC a/k/a RESVLIFE, LLC a/k/a RES-V-LIFE, INC.; BODY SOLUTION; 456 VITAL HEALTH SYSTEMS, LLC a/k/a FCM PERFORMANCE HEALTH USA a/k/a AEG PARTNERS LTD.; JDW MEDIA, LLC; PURE VITAMINS; XLENT HEALTH; ORGANICA RESEARCH LLC; INCLINE HEALTH LTD.; HEALTH TECHNOLOGY; NATURAL SOURCE STORE, LLC; 0841092 B.C. LTD.; BOTTOM TWO INVESTMENTS a/k/a NUTRA FOODS; HEALTHREZV, LLC a/k/a HEALTHREZV; HEALTHY COLON, INC. a/k/a HEALTHY COLON, LLC; REDUX-V HOLDINGS, INC. a/k/a REDUX HOLDINGS, INC. a/k/a NATURADE, INC.; EASY WHITE, INC. a/k/a EASY WHITE LABS; JET PROCESSING; MONAVIE AS, LLC a/k/a MONAVIE HOLDINGS INTERNATIONAL, LLC a/k/a MOVAVIE LLC a/k/a MONAVIE; BRAZILIAN BASICS; L'AVENIR; ULTRA GREEN PRODUCTS, LLC a/ka/ ULTRA GREEN PRODUCTS; REZ-BERRIES a/k/a REZACTIV a/k/a RES Q; CRUSH LLC; 3V MARKETING, LLC; JAMES RUSSEL; MIKE JOHNSON; DAVID DUBE; KATHERINE | Index No. 09 Civ. _____ <br><br> **PLAINTIFF OW LICENSING COMPANY, LLC'S RULE 7.1 STATEMENT** <br><br>  <br> RECEIVED <br> AUG 19 2009 <br> U.S.D.C. S.D. N.Y. <br> CASHIERS |

| |
|---|
| CLEMENTS; PAWEL RESZKA; MIKE KOENS; TOUVAN SUGHIARTO; RYAN BUKEVICZ; MARK SWARTZ; MATTHEW KELLY; SIDNEY FEIN; AND DOES and ABC COMPANIES 1-500 inclusive, <br><br> Defendants. |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff OW Licensing Company, LLC hereby certifies that:

1. OW Licensing Company, LLC does not have any parent corporations.

2. No publicly held corporation owns 10% or more of OW Licensing Company, LLC's stock.

DAVIS & GILBERT LLP

By: _____
Marc J. Rachman
Shirin Keen
1740 Broadway
New York, New York 10019
(212) 468-4800
*Attorneys for Plaintiff*

Dated: New York, New York
August 18, 2009