# VENABLE LLP

ROCKEFELLER CENTER
1270 AVENUE OF THE AMERICAS   TWENTY-FIFTH FLOOR
NEW YORK, NY 10020
T 212.307.5500   F 212.307.5598   www.Venable.com

(212) 808-5668         mchartmere@venable.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/09

September 9, 2009

SEP - 9 2009

**BY HAND DELIVERY**

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   Dr. Mehmet Oz, et al. v. FWM Laboratories, Inc., et al., No. 09-CV-7297 (DAB)

Dear Judge Batts:

    We represent Defendants SFL Nutrition, Central Coast Nutraceuticals, Pure Nutrients, and Pure Vitamins (collectively "Defendants") in the above-captioned matter. We write to seek the Court's approval of an extension of time to answer or otherwise respond to the Plaintiffs' complaint in this matter.

    The original response date for each Defendant is: September 10, 2009 for SFL Nutrition; September 14, 2009 for Central Coast Nutraceuticals; and September 21, 2009 for Pure Nutrients and Pure Vitamins. These Defendants seek an extension of time to respond to the Complaint until, and including, September 25, 2009 to allow counsel an opportunity to investigate Plaintiffs' claims and to continue to engage in discussions with Plaintiffs' counsel in an effort to resolve this matter without Court involvement. Plaintiffs' counsel has consented to this extension.

Granted
S/DAB
9/10/09

    Accordingly, Defendants respectfully request an extension of time to answer or otherwise respond to the Complaint until, and including, September 25, 2009.

Respectfully submitted,

*Michael C. Hartmere*

Michael C. Hartmere

MEMO ENDORSED

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS  9/10/09
UNITED STATES DISTRICT JUDGE