

KRONENBERGER | BURGOYNE

150 Post Street
Suite 520
San Francisco, CA 94108

Phone 415.955.1155
Fax 415.955.1158
www.kronenbergerlaw.com

September 10, 2009

The Hon. Deborah A. Batts
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/09
```

RE: *Oz et al., v. FMW Laboratories, Inc. et al.*, Index No. 09-cv-7297 (DAB)
U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Dear Judge Batts:

**MEMO ENDORSED**

We have been retained as counsel to MyColonRelief, which has been named as a defendant in the above-referenced action. The complaint and summons were received by MyColonRelief on Friday, August 21, 2009.

On behalf of MyColonRelief, we contacted counsel for Plaintiffs and requested an extension of time for MyColonRelief to answer, move or otherwise plead to the complaint. Counsel for Plaintiffs agreed to an extension of thirty days for MyColonRelief to respond to the complaint.

Accordingly, pursuant to Section 1E of the Individual Practices of Judge Deborah A. Batts, we request that the Court grant MyColonRelief until October 12, 2009 to answer, move, or otherwise plead in response to the complaint. MyColonRelief has not made any previous requests for an extension.

Granted
/s/DAB
9/11/09

Sincerely,

KRONENBERGER BURGOYNE, LLP

*Karl S. Kronenberger*
Karl S. Kronenberger

cc: Marc Rachman
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

**MEMO ENDORSED**

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS  9/11/09
UNITED STATES DISTRICT JUDGE

INTERNET LAW, E-COMMERCE & MEDIA ATTORNEYS