UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| DR. MERMET OZ, ZO CO I, LLC; OW LICENSING COMPANY, LLC; and HARPO, INC., | Case No. 09 CV 7297-DAB |
| | Rule 7.1 Statement of Defendant JDW Media, LLC |
| *Plaintiffs,* | |
| v. | |
| FWM LABORATORIES, INC., ET AL. | |
| *Defendants.* | |

_____

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for JDW Media, LLC, (a private non-governmental party) certifies that it has no parent corporation, affiliates, or subsidiaries and that it is not publicly held.

| | |
|---|---|
| **Date:**  October 15, 2009 | By:/S/ Michael D. Steger |
| | Michael D. Steger (MS 2009) |
| | LAW OFFICES OF MICHAEL D. STEGER PC |
| | 1325 Sixth Avenue, 27th Floor |
| | New York, NY  10019 |
| | (212) 956-9393 |
| | (845) 689-2155 (fax) |
| | msteger@steger-law.com |
| | Attorneys for Defendant JDW Media, LLC |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October, 2009, I served a true and correct copy of Defendant JDW Media LLC's Rule 7.1 Statement electronically and by placing it in a sealed envelope delivered, first class postage prepaid, addressed to counsel for plaintiffs and all answering defendants:

**Marc Joseph Rachman**
Davis & Gilbert LLP
1740 Broadway
New York , NY 10019

**Louis Sherman Ederer**
Arnold & Porter, LLP
399 Park Avenue
New York , NY 10022

**Scott Allen Shaffer**
The Marshall Firm
271 Madison Avenue
New York , NY 10016

_/s/ Michael D. Steger_____

Michael D. Steger